**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

[ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Stephen<br>First name<br><br>L<br>Middle name<br><br>Phelps<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 4 3 1<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1  Stephen L Phelps
First Name   Middle Name   Last Name

Case number (*if known*)_____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ |
| **5. Where you live** | 37245 County Road 439<br>Number   Street<br><br>_____<br><br>Eustis    FL    32736<br>City    State    ZIP Code<br><br>Lake County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City    State    ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>[ ] I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>[ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>[ ] I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  Stephen L Phelps  Case number *(if known)*_____
         First Name  Middle Name  Last Name

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [✔] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [✔] **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [ ] **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [✔] No
- [ ] Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [✔] No
- [ ] Yes.

Debtor _____  Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor _____  Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

- [✔] No. Go to line 12.
- [ ] Yes. Has your landlord obtained an eviction judgment against you?
  - [ ] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   Stephen L Phelps
           First Name   Middle Name   Last Name

Case number (*if known*)_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____   _____   _____
City                                            State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.   What is the hazard?

           If immediate attention is needed, why is it needed?

           Where is the property?

Debtor 1   **Stephen L Phelps** _____   Case number (*if known*)_____
         First Name   Middle Name   Last Name

# Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Stephen L Phelps** _____   Case number (*if known*)_____
           First Name   Middle Name   Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Stephen L Phelps _____    ✗ _____
Signature of Debtor 1                                   Signature of Debtor 2

Executed on  12/14/2023 _____    Executed on _____
         MM / DD / YYYY                               MM / DD / YYYY

Debtor 1    Stephen L Phelps                                    Case number (*if known*)_____
            First Name   Middle Name   Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ /s/ Kenneth D. Herron, Jr.          Date    12/14/2023
Signature of Attorney for Debtor               MM / DD / YYYY

Kenneth D. Herron, Jr.
Printed name

Herron Hill Law Group, PLLC
Firm name

P. O. Box 2127
Number   Street

Orlando                                FL       32802
City                                   State    ZIP Code

Contact phone 4076480058    Email address chip@herronhilllaw.com

699403                                 FL
Bar number                             State

United States Bankruptcy Court
Middle District of Florida

In re: Stephen L Phelps

Debtor(s)

Case No.

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/14/2023

/s/ Stephen L Phelps
Signature of Debtor

_____
Signature of Joint Debtor

Albert Alvidrez Jr.
601 Fannich Ct
Leesburg, FL 34778

Almost Perfect Detailing
1023 SE 9th Avenue
Ocala, FL 34471

Anthony David Patterson
208 Dessie Re Drive
Munford, TN 38058

Atom Computers
525 South Pine Meadow Drive
Debary, FL 32713

Barney Acselrod
7924 163rd Street NW
Gig Harbor, WA 98329

Betty Ferrero
2525 Stockbridge Square SW
Vero Beach, FL 32962

Bobby Simpson
1906 Shutter Case Drive
Sugar Land, TX 77479

Brett Place
1352 Pox Pointe Drive
West Jordan, UT 84088

CAN Surety (Florida Dealer Bond)
101 S. Reid Street
Sioux Falls, SD 57103

Candi Lenik
26110 Newcombe Circle
Leesburg, FL 34748

Carlton Allderdice
61 Meadow Lane
Monte Vista, CO 81144

Charleen Stemerman
4040 Misty Morning Place
Casselberry, FL 32707

Charles Helms
650 Freedom Lane
Wirtz, VA 24184

Charles Posey
406 NW 17th Street
Battle Ground, WA 98604

Cheryl Slavenksy
1649 Morganite Court
Folsom, CA 95630

Christopher Dysart
890 Grand Mountain Trail
Waleska, GA 30183

Coe Brannon
366 Marple Road
Winchester, VA 22603

Colin McCracken
4040 Misty Place Morning
Casselberry, FL 32707

Collector Car Lending
3306 SW 26th Ave
Ocala, FL 34471

Craig Humes
61 N Sherwood Drive
Providence, UT 84332

Daniel Miller
400 Pleasant Valley Road NW
Sugarcreek, OH 44681

David & Rhonda Aunkust
2250 Sun Stone Place
New Braunfels, TX 78310

Dennis Williams
12633 Milwaukee Avenue
Tavares, FL 32778

Edna Slade
1239 Guy Island Dr
Merritt Island, FL 32952

Edward Domako
14737 Cranberry Court
Naples, FL 34114


Erie Transport LLC
2345 Ashland Ave
Cincinnati, OH 45206


Eunice Loreanna Phelps
37245 County Road 439
Eustis, FL 32736


Eunice Phelps
471 Corniche Way
Lake Mary, FL 34748


Florida Department of Revenue
900 N 14th St
Suite 201
Leesburg, FL 34748


Francis Tholey
408 Silver Ave
Willow Grove, PA 19090


Frank Palmieri
6214 Bradford Place Ct
Summerfield, NC 27358


FSD Hot Rod Ranch, LLC
1220 Huffstetler Road
204
Eustis, FL 32726


FSD Hot Rod Ranch, LLC
1220 Huffstetler Road
204
Eustis, FL 32736


FSD Hot Rod Ranch, LLC
FSD Hot Rod Ranch, LLC
204
Eustis, FL 32726


Gary Tyler
6026 Sailboat Ave
Tavares, FL 32778


Gary Vernon Jr
2500 Chandler Road
Centerville, TN 37033


George Richter Jr
5575 Nickle Drive
Lolo, MT 59847


Gregory Markzaruba
7010 Carmae Road
Sykesville, MD 21784


Gustavo Guzman
2918 Gault Trail SW
Alburquerque, NM 87121


Harold Frazier
13179 SE 92nd Court Rd
Summerfield, FL 34491


Integrity Motors LLC
2010 East Main Street
West Frankfort, IL 62896


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Irvin Turpin Jr
485 S Geyers Church Rd
Middletown, PA 17057


Jack Haley Jr
109 W Main Street
Durand, IL 61024


James Hill
610 B Ave
Kremlin, OK 73753


James Lee
3408 Fireside Drive
Cheyenne, WY 82001


James McMilan
11490 193rd Road
Live Oak, FL 32060


James Riley JR
133 Claymore Dr
Clayton, NC 27527

James Warner
127 Woehrle Ave
Staten Island, NY 10312

Jeff and Mary Mollison
532 Canterbury Court
Hilton Head Island, SC 29909

Jeffrey Emming
341 SE 7th St
Pompano Beach, FL 33065

Jimmy Brewer
107 S Loco Street
Loco, OK 73442

Joel Mateer
350 Berkshire Drive
Riva, MD 21140

Johnathan Gilbert
2210 N Pearson Lane
Roanoke, TX 76262

Joshua Phelps
1404 Nichols Drive
Tavares, FL 32778

Katholm Properties LLC
141 Osborne Street
Minoa, NY 13116

Keith McCracken
5546 West Road
Lake Worth, FL 33463

Kenley Harper
255 Devonport Drive
Rockwall, TX 75032

Kenneth Quirk
5546 West Road
Lake Worth, FL 33463

Kenvas Inc
534 NW Mercantile Place
Suite 117
Port Saint Lucie, FL 34986

Kevin Lynch
104 Silo Aly
Seneca, SC 29672

Lawrence Schmidt
940 Cape Marco
Unit 1902
Marco Island, FL 34145

Lee Krejci
10177 South Lake Drive
Largo, FL 33773

Leonardo Nigro
59 Muddy Bay Drive
Murrells Inlet
Murrells Inlet, SC 29576

Lindall Wilcox and Deborah Gillespie
210 Maple Drive
Lady Lake, FL 32159

Lonnie Waller
192 SW Moonrise Ct
Fort White, FL 32038

Mark Beal and  Debra Meyers (Vystar Credit Un
8140 SW 76th Avenue
Ocala, FL 34476

Matthew Jennings
195 Joe Tom Erwin Rd
New Concord, KY 42076

Michael McCullough
1965 E 2500 North Road
Watseka, IL 60970

Michael Razzano
49 Silber Ave
Bethpage, NY 11714

P3 Solutions Electrical Contractors & Designe
5425 West Crenshaw
Suite B
Tampa, FL 33634

Paul Bewick
3530 Dell Ct. S
Saint Paul, MN 55110

Paula Radley
11 Foliate Way
Ladera Ranch, CA 92694

Perry Michael Orr Jr.
4592 Bellevue Road
Haughty, LA 71037

PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230

Polacheck & Polacheck, LLC
14621 Highway 71
Savannah, MO 64485

Raymond Sanchez JR
4627 Viaggio Circle
Riverside, CA 92509

Raymond Schuler
516 E Bristol Street
Elkhart, IN 46514

Richard Alvarez
19523 Vintage Street
Northridge, CA 91324

Richard Bocher
1025 Doshire Dr
Orange Park, FL 32065

Richard Bradford
3714 E Renee Dr
Phoenix, AZ 85050

Richard Shearer
6837 Royal Ridge Ct
Spring Hill, FL 34606

Robert Davies Jr
87 Edgewater Drive
Tuckerton, NJ 08087

Robert Goodkind
16548 E Laser Drive
Fountain Hills, AZ 85268

Robert Rivera
16900 SW 90 Ave
Miami, FL 33157

Robert Schlack
2924 Mark Twain Dr
Lake Wales, FL 33898

Ronald Kiger
944 Sonoma Ave
Santa Rosa, CA 95404

Roy Cannon
1350 Clements Road
Jacksonville, FL 32211

RT - Royal Investments, LLC
P.O. Box 608267
Orlando, FL 32810

Ryan Anhurst
23 Galt Street
Hamilton, Ontario L9C6G6

Stephen Johnson
2209 Jennah Circle
Eustis, FL 32726

Susan and Dustin Hart
6404 Grenada Island Avenue
Apollo Beach, FL 33572

Susan Dinardi
1445 Palmore Road
Powhatan, VA 23139

Thomas Carney
2928 39th Ave N
Saint Petersburg, FL 33714

Todd Ellis
2005 Shaudi Lane
Atlanta, GA 30345

Tom Vazey
34028 Matthews CV
Leesburg, FL 34788

Traci Creech
1003 Lake Nettie Drive
Eustis, FL 32726


Traci N. Creech
1003 Lake Nettie Drive
Eustis, FL 32726


Troy Kimball
127 Prentiss Street
Old Town, ME 04468


Vincent Miller
N6244 Paradise Drive
Burlington, WI 53105


Virginia Frisbee
5 Island View
Jeffersonville, IN 47130


William Morgan
8607 Timothy Road
Brandywine, MD 20613


William Sullivan
1988 Quail Hollow Drive
Deland, FL 32720