UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Stephen L. Phelps,

        Debtor.

_____/

Case No.: 6:23-bk-05281-TPG
Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9007 of the Federal Rules

of Bankruptcy Procedure and §§ 102(1) and 342 of the Bankruptcy Code, Andrew J. Wit of

Wit Law, PLLC (the "Firm"), hereby files this Notice of Appearance as counsel of record for

creditors, Dustin Hart and Susan Hart, and requests service of all pleadings, notices, and other

papers filed in this case on the undersigned as follows:

Andrew J. Wit
Wit Law, PLLC
2102 W. Cass St.. 2nd Floor
Tampa, Florida 33606
Telephone: (813) 522-6069
Fax: (813) 440-4961
Primary email: awit@witlaw.com
Secondary Email: admin@witlaw.com

Respectfully submitted by:

**WIT LAW, PLLC**

2102 W. Cass St., Second Floor
Tampa, FL 33606

/s/ Andrew J. Wit
**Andrew J. Wit**
Fla. Bar No.: 1038525
awit@witlaw.com
(813) 522-6069

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 27, 2023, a true and correct copy of the foregoing has been sent via CM/ECF transmission to all parties currently on the list to receive electronic mail notice/service for this case.

/s/ Andrew J. Wit

**Andrew J. Wit**