UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Stephen L. Phelps,

        Debtor.

Case No.: 6:23-bk-05281-TPG
Chapter 7

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§ 102(1) and 342 of the Bankruptcy Code, N. James Turner, Esq., hereby files this Notice of Appearance as counsel of record for the following creditors:

| | |
|---|---|
| Allderdice, Carlton | Kimball, Troy |
| Humes, Craig | Miller, Vince |
| Integrity Motors | Pace, Brett |
| | Patterson, Anthony David |

and requests service of all pleadings, notices, and other papers filed in this case on the undersigned as follows:

N. James Turner, Esquire
Debt Relief Law Center
3670 Maguire Boulevard, Suite 310
Orlando, Florida 32803
(888) 877-5103 (Voice)
Florida Bar No. 203041
Email address:  njtlaw@gmail.com

Respectfully submitted by:

       */s/ N. James Turner*  .
N. James Turner, Esquire
Counsel for Plaintiff
3670 Maguire Boulevard, Suite 310
Orlando, Florida 32803
(888) 877-5103 (Voice)
Florida Bar No. 203041
Email address: njtlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2023, a true and correct copy of the foregoing has been sent via CM/ECF transmission to all parties currently on the list to receive electronic mail notice/service for this case.

/s/ N. James Turner
**N. James Turner**