UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,

Debtor.

_____/

Case No.: 6:23-BK-05281-TPG
Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Michael S. Provenzale, Esq., of the law firm of Lowndes, Drosdick, Doster, Kantor and Reed, P.A., hereby appears as counsel of record on behalf of Susan P. Dinardi, creditor in the above-referenced case. Such counsel hereby requests that copies of all notices and pleadings given or filed in this action be given to and served upon the undersigned at the following address, telephone number and e-mail address:

> Michael S. Provenzale
> Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
> 215 N. Eola Drive
> Orlando, Florida 32801
> Telephone: (407) 843-4600
> Facsimile: (407) 843-4444
> e-mail: michael.provenzale@lowndes-law.com

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the referenced action and proceedings herein.

1

*/s/ Michael S. Provenzale*
Michael S. Provenzale
Fla Bar. No. 0056834
LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, P.A.
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: 407-843-4600
Facsimile: 407-843-4444
E-mail: Michael.provenzale@lowndes-law.com
*Counsel for Susan P. Dinardi*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2024, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and to the Debtor at the address below.

*/s/ Michael S. Provenzale*
Michael S. Provenzale

Debtor:

Stephen L. Phelps
37245 County Road 439
Eustis FL 32736

0273151\204297\13535120v1