UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,  			Case No.: 6:23-bk-05281-TPG
Chapter 7

Debtor.
_____/

## NOTICE OF CHANGE OF ADDRESS

The Debtor(s), by and through the undersigned attorney, notifies the Court of a change of address as follows:

Debtor ☐         Creditor ☒

Name: Arnold Alvidrez Jr.

**From:**
601 Fannich Court,
Winter Garden, FL 34778

**To:**
10514 Cliota Street,
Whittier, CA 90601

## CERTIFICATE OF SERVICE

I certify that on January 12, 2024, I mailed the foregoing document by first class mail postage prepaid to the party listed above at the new address set forth above.

I further certify that on January 12, 2024, I mailed a copy of the Noice of Bankruptcy Case (Doc. 5) to the above creditor at the new address set forth above.

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P. O. Box 2127
Orlando, FL  32802
Telephone: (407) 648-0058
Email  chip@herronhilllaw.com
          elizabeth@herronhilllaw.com

Attorney for the Debtor(s)