UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,                                              Case No.: 6:23-bk-05281-TPG

            Debtor.                                                              Chapter 7
_____/

## AMENDED SCHEDULES A/B AND C

The Debtor provides notice to all creditors and interested parties of amendments to Schedules A/B and C. A copy of the Amended Schedules is attached. Pursuant to Local Rule 1009-1 (b) notice is given of amendments to the assets listed below on Schedules A/B and C for the reasons stated below. Other than as stated below, no additional assets have been added and no assets have been deleted.

| Schedule | Item No. | Description | Reason(s) for Amendment |
|---|---|---|---|
| A/B | 1.1 | 37245 County Road 439, Eustis, FL | Changed description of the property from Manufactured or mobile home to Single-family home |
| A/B | 3.1 | 2011 Jaguar XJL | Added Betty Ferrero as a co-owner |
| C | No amendments, except to the extent that the description of the assets listed above are incorporated in Schedule C | | |

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P. O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
Email: chip@herronhilllaw.com
           elizabeth@herronhilllaw.com

**Fill in this information to identify your case:**

Debtor 1: Stephen L Phelps
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:23-bk-05281
(If known)

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................. $ 1,050,183.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. $ 25,120.00

   1c. Copy line 63, Total of all property on *Schedule A/B*............................................................ $ 1,075,303.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 1,485,041.56

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*........................................... $ 55,000.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................................... + $ 2,642,615.83

   **Your total liabilities**    $ 4,182,657.39

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................................................................. $ 0.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................................................................. $ 17,950.00

Debtor 1 __Stephen Phelps_____
  First Name   Middle Name   Last Name

Case number (*if known*)__6:23-bk-05281_____

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1: Stephen L Phelps
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (if know): 6:23-bk-05281

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

   1.1 37245 County Road 439
   Street address, if available, or other description

   Eustis    FL    32736
   City    State    ZIP Code

   Lake County
   County

   **What is the property?** Check all that apply
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**
   Homestead; Value is according to the Lake County Property Appraiser

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   **Current value of the entire property?** $ 1,050,183.00
   **Current value of the portion you own?** $ 1,050,183.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Fee simple

   ☐ Check if this is community property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ➔   $ 1,050,183.00

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

page 1 of 5

3.1 Make: Jaguar
    Model: XJL 4D
    Year: 2011
    Approximate mileage: ___
    Other information:
    Condition:VIN SAJWA2GB1BLV04392; Jointly owned with Betty Corrine Ferrero

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?** $ 7,500.00
**Current value of the portion you own?** $ 7,500.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................................► $ 7,500.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe...

   All household goods and belongings located at Debtor's homestead, including but not limited to major appliances, furniture, linens, china and kitchenware. Appraisal to be provided to Trustee.
   *** All assets are subject to the lien of $1,330,041.56 from RT - Royal Investments ***

   $ 11,645.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe...

   Included in 6 above.    $ 0.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe...

   Included in 6 above.    $ 0.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe...

   Included in 6 above.    $ 0.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe...

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe...

    Everyday clothing    $ 250.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☑ No
    ☐ Yes. Describe...

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific information...

    Miscellaneous equipment and tools located at Debtor's homestead. Appraisal to be provided to Trustee.
    *** All assets are subject to the lien of $1,330,041.56 from RT - Royal Investments ***

    $ 5,725.00

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.................................................................................................► $ 17,620.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.................................................................................................... Cash ....................... $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.................  Institution name:

    17.1. Checking account: PNC Bank (3926)     $ 0.00
    17.2. Checking account: PNC Bank (1498)     $ 0.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...........

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | Jack's Garage, LLC | 100 % | $ 0.00 |
    | FSD Hot Rod Ranch, LLC | 100 % | $ 0.00 |
    | Father, Son, & Daughter, LLC | 100 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

Case 6:23-bk-05281-TPG   Doc 18   Filed 01/18/24   Page 7 of 16   AMENDED

Debtor 1 __Stephen L Phelps_____   Case number *(if known)* 6:23-bk-05281
         First Name  Middle Name  Last Name

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                **Current value of the portion you own?**
                                                  Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    |                           | Federal: | $ 0.00 |
    |                           | State:   | $ 0.00 |
    |                           | Local:   | $ 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

    ☑ No
    ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    - ☑ No
    - ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ☑ No
    - ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................➤  $0.00

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................➤  $0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................➤  $1,050,183.00
56. **Part 2: Total vehicles, line 5**                                     $ 7,500.00
57. **Part 3: Total personal and household items, line 15**              $ 17,620.00
58. **Part 4: Total financial assets, line 36**                          $ 0.00
59. **Part 5: Total business-related property, line 45**                 $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52**        $ 0.00
61. **Part 7: Total other property not listed, line 54**              + $ 0.00
62. **Total personal property. Add lines 56 through 61** ...................  $ 25,120.00   Copy personal property total ➤  + $ 25,120.00
63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                    $ 1,075,303.00

**Fill in this information to identify your case:**

Debtor 1: Stephen L Phelps

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 6:23-bk-05281

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 37245 County Road 439<br>Line from *Schedule A/B*: 1.1 | $1,050,183.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(1) |
| Brief description: 2011 Jaguar XJL 4D<br>Line from *Schedule A/B*: 3.1 | $7,500.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (1) |
| Brief description: Household Goods - All household goods and belongings located at Debtor's homestead, including but not limited to major appliances, furniture, linens, china and kitchenware. Appraisal to be provided to Trustee.<br>Line from *Schedule A/B*: 6 | $11,645.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☑ No
     ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of 1

**Fill in this information to identify your case:**

Debtor 1: Stephen L Phelps

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 6:23-bk-05281

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Stephen L Phelps
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 01/18/2024
    MM / DD / YYYY

Date _____
    MM / DD / YYYY

## **CERTIFICATE OF SERVICE**

      I certify that on January 18, 2024, I mailed the foregoing document and all attachments by first-class U.S. mail postage prepaid to the non-CM/ECF participants listed on the attached mailing matrix.

                                              **Kenneth D. Herron, Jr.**
                                              Florida Bar No. 699403

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-05281-TPG<br>Middle District of Florida<br>Orlando<br>Wed Jan 17 15:18:54 EST 2024 | Albert Alvidrez Jr.<br>10514 Cliota Street<br>Whittier, CA 90601-1714 | Carlton Allderdice<br>Debt Relief Law Center<br>3670 Maguire Boulevard<br>Suite 310<br>Orlando, FL 32801 United States 32803-3050 |
| Almost Perfect Detailing<br>1023 SE 9th Avenue<br>Ocala, FL 34471-3807 | Anthony David Patterson<br>208 Dessie Re Drive<br>Munford, TN 38058-4684 | Atom Computers<br>525 South Pine Meadow Drive<br>Debary, FL 32713-2619 |
| Barney Acselrod<br>7924 163rd Street NW<br>Gig Harbor, WA 98329-8823 | Betty Ferrero<br>2525 Stockbridge Square SW<br>Vero Beach, FL 32962-4215 | Bobby Simpson<br>1906 Shutter Case Drive<br>Sugar Land, TX 77479-7001 |
| Brett Place<br>1352 Pox Pointe Drive<br>West Jordan, UT 84088-8358 | CAN Surety (Florida Dealer Bond)<br>101 S. Reid Street<br>Sioux Falls, SD 57103-7030 | Candi Lenik<br>26110 Newcombe Circle<br>Leesburg, FL 34748-7763 |
| Carlton Allderdice<br>61 Meadow Lane<br>Monte Vista, CO 81144-9374 | Carlton Allderdice<br>c/o N. James Turner<br>3670 Maguire Boulevard, Suite 310<br>Orlando, FL 32803-3050 | Charleen Stemerman<br>4040 Misty Morning Place<br>Casselberry, FL 32707-5293 |
| Charles Helms<br>650 Freedom Lane<br>Wirtz, VA 24184-4494 | Charles Posey<br>406 NW 17th Street<br>Battle Ground, WA 98604-8015 | Cheryl Slavenksy<br>1649 Morganite Court<br>Folsom, CA 95630-7308 |
| Christopher Dysart<br>890 Grand Mountain Trail<br>Waleska, GA 30183-2706 | Coe Brannon<br>366 Marple Road<br>Winchester, VA 22603-4143 | Colin McCracken<br>4040 Misty Place Morning<br>Casselberry, FL 32707-5293 |
| Collector Car Lending<br>3306 SW 26th Ave<br>Ocala, FL 34471-7856 | Craig Humes<br>61 N Sherwood Drive<br>Providence, UT 84332-9221 | Daniel Miller<br>400 Pleasant Valley Road NW<br>Sugarcreek, OH 44681 |
| David & Rhonda Aunkust<br>2250 Sun Stone Place<br>New Braunfels, TX 78130-2051 | Dennis Williams<br>12633 Milwaukee Avenue<br>Tavares, FL 32778-4216 | Susan P. Dinardi<br>c/o Michael S. Provenzale, Esq.<br>P.O. Box 2809<br>Orlando, FL 32802-2809 |
| Edna Slade<br>1239 Guy Island Dr<br>Merritt Island, FL 32952-6063 | Edward Domako<br>14737 Cranberry Court<br>Naples, FL 34114-8661 | Erie Transport LLC<br>2345 Ashland Ave<br>Cincinnati, OH 45206-2204 |

Eunice Loreanna Phelps
37245 County Road 439
Eustis, FL 32736-9062

Eunice Phelps
471 Corniche Way
Lake Mary, FL 32746-1505

FSD Hot Rod Ranch, LLC
1220 Huffstetler Road
204
Eustis, FL 32726-8241

FSD Hot Rod Ranch, LLC
FSD Hot Rod Ranch, LLC
204
Eustis, FL 32726

Florida Department of Revenue
900 N 14th St
Suite 201
Leesburg, FL 34748-3829

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Francis Tholey
408 Silver Ave
Willow Grove, PA 19090-2824

Frank Palmieri
6214 Bradford Place Ct
Summerfield, NC 27358-7000

Gary Tyler
6026 Sailboat Ave
Tavares, FL 32778-9208

Gary Vernon Jr
2500 Chandler Road
Centerville, TN 37033-1885

George Richter Jr
5575 Nickle Drive
Lolo, MT 59847-9767

Gregory Markzaruba
7010 Carmae Road
Sykesville, MD 21784-7713

Gustavo Guzman
2918 Gault Trail SW
Alburquerque, NM 87121-3702

Harold Frazier
13179 SE 92nd Court Rd
Summerfield, FL 34491-9702

Dustin Hart
c/o Wit Law, PLLC
2102 W. Cass St.
Tampa, FL 33606-1247

Susan Hart
c/o Wit Law, PLLC
2102 W. Cass St.
Tampa, FL 33606-1247

Kenneth D Herron Jr
Herron Hill Law Group, PLLC
P. O. Box 2127
Orlando, FL 32802-2127

Craig Humes
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Integrity Motors LLC
2010 East Main Street
West Frankfort, IL 62896-1719

Integrity Motors, LLC
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irvin Turpin Jr
485 S Geyers Church Rd
Middletown, PA 17057-4447

Jack Haley Jr
109 W Main Street
Durand, IL 61024-8933

James Hill
610 B Ave
Kremlin, OK 73753

James Lee
3408 Fireside Drive
Cheyenne, WY 82001-9113

James McMilan
11490 193rd Road
Live Oak, FL 32060-5533

James Riley JR
133 Claymore Dr
Clayton, NC 27527-6101

James Warner
127 Woehrle Ave
Staten Island, NY 10312-1943

| | | |
|---|---|---|
| Jeff and Mary Mollison<br>532 Canterbury Court<br>Hilton Head Island, SC 29909-1028 | Jeffrey Emming<br>341 SE 7th St<br>Pompano Beach, FL 33060-8437 | Jimmy Brewer<br>107 S Loco Street<br>Loco, OK 73442-1814 |
| Joel Mateer<br>350 Berkshire Drive<br>Riva, MD 21140-1430 | Johnathan Gilbert<br>2210 N Pearson Lane<br>Roanoke, TX 76262-9014 | Joshua Phelps<br>1404 Nichols Drive<br>Tavares, FL 32778-3522 |
| Katholm Properties LLC<br>141 Osborne Street<br>Minoa, NY 13116-1217 | Keith McCracken<br>5546 West Road<br>Lake Worth, FL 33463-6945 | Kenley Harper<br>255 Devonport Drive<br>Rockwall, TX 75032-0196 |
| Kenneth Quirk<br>5546 West Road<br>Lake Worth, FL 33463-6945 | Kenvas Inc<br>534 NW Mercantile Place<br>Suite 117<br>Port Saint Lucie, FL 34986-2278 | Kevin Lynch<br>104 Silo Aly<br>Seneca, SC 29672-6674 |
| Troy Kimball<br>3670 Maguire Boulevard, Ste 310<br>Suite 220<br>Orlando, FL, FL 32803-3050 | Lake County Tax Collector<br>Post Office Box 327<br>Tavares FL 32778-0327 | Lawrence Schmidt<br>940 Cape Marco<br>Unit 1902<br>Marco Island, FL 34145-6636 |
| Lee Krejci<br>10177 South Lake Drive<br>Largo, FL 33773-4254 | Leonardo Nigro<br>59 Muddy Bay Drive<br>Murrells Inlet<br>Murrells Inlet, SC 29576-3503 | Lindall Wilcox and Deborah Gillespie<br>210 Maple Drive<br>Lady Lake, FL 32159-7201 |
| Lonnie Waller<br>192 SW Moonrise Ct<br>Fort White, FL 32038-4530 | Mark Beal and  Debra Meyers (Vystar Credit U<br>8140 SW 76th Avenue<br>Ocala, FL 34476-6960 | Matthew Jennings<br>195 Joe Tom Erwin Rd<br>New Concord, KY 42076 |
| Michael McCullough<br>1965 E 2500 North Road<br>Watseka, IL 60970-6055 | Michael Razzano<br>49 Silber Ave<br>Bethpage, NY 11714-1324 | Vince Miller<br>3670 Maguire Boulevard, Ste 310<br>Suite 220<br>Orlando, FL, FL 32803-3050 |
| P3 Solutions Electrical Contractors & Design<br>5425 West Crenshaw<br>Suite B<br>Tampa, FL 33634-3008 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Brett Pace<br>3670 Maguire Boulevard, Ste 310<br>Suite 220<br>Orlando, FL, FL 32803-3050 |
| Anthony David Patterson<br>3670 Maguire Boulevard, Ste 310<br>Suite 220<br>Orlando, FL, FL 32803-3050 | Paul Bewick<br>3530 Dell Ct. S<br>Saint Paul, MN 55110-5303 | Paula Radley<br>11 Foliate Way<br>Ladera Ranch, CA 92694-1219 |

| | | |
|---|---|---|
| Perry Michael Orr Jr.<br>4592 Bellevue Road<br>Haughty, LA 71037-8364 | Stephen L Phelps<br>37245 County Road 439<br>Eustis, FL 32736-9062 | Polacheck & Polacheck, LLC<br>14621 Highway 71<br>Savannah, MO 64485-1597 |
| Michael S Provenzale<br>Lowndes Drosdick Doster Kantor & Reed PA<br>Post Office Box 2809<br>Orlando, FL 32802-2809 | RT - Royal Investments, LLC<br>P.O. Box 608267<br>Orlando, FL 32860-8267 | Raymond Sanchez JR<br>4627 Viaggio Circle<br>Riverside, CA 92509-7503 |
| Raymond Schuler<br>516 E Bristol Street<br>Elkhart, IN 46514-3467 | Richard Alvarez<br>19523 Vintage Street<br>Northridge, CA 91324-1043 | Richard Bocher<br>1025 Doshire Dr<br>Orange Park, FL 32065-6303 |
| Richard Bradford<br>3714 E Renee Dr<br>Phoenix, AZ 85050-3233 | Richard Shearer<br>6837 Royal Ridge Ct<br>Spring Hill, FL 34606-3434 | Robert Davies Jr<br>87 Edgewater Drive<br>Tuckerton, NJ 08087-2807 |
| Robert Goodkind<br>16548 E Laser Drive<br>Fountain Hills, AZ 85268-6539 | Robert Rivera<br>16900 SW 90 Ave<br>Miami, FL 33157-4503 | Robert Schlack<br>2924 Mark Twain Dr<br>Lake Wales, FL 33898-3670 |
| Ronald Kiger<br>944 Sonoma Ave<br>Santa Rosa, CA 95404-4814 | Roy Cannon<br>1350 Clements Road<br>Jacksonville, FL 32211-6352 | Ryan Anhurst<br>23 Galt Street<br>Hamilton, Ontario L9C6G6 |
| Stephen Johnson<br>2209 Jennah Circle<br>Eustis, FL 32726-5139 | Susan Dinardi<br>1445 Palmore Road<br>Powhatan, VA 23139-7131 | Susan and Dustin Hart<br>6404 Grenada Island Avenue<br>Apollo Beach, FL 33572-2518 |
| Thomas Carney<br>2928 39th Ave N<br>Saint Petersburg, FL 33714-4526 | Todd Ellis<br>2005 Shaudi Lane<br>Atlanta, GA 30345-7606 | Tom Vazey<br>34028 Matthews CV<br>Leesburg, FL 34788-3697 |
| Traci Creech<br>1003 Lake Nettie Drive<br>Eustis, FL 32726-5034 | Traci N. Creech<br>1003 Lake Nettie Drive<br>Eustis, FL 32726-5034 | Troy Kimball<br>127 Prentiss Street<br>Old Town, ME 04468-1842 |
| N James Turner<br>Debt Relief Law Center<br>3670 Maguire Boulevard, Suite 310<br>Orlando, FL 32803-3050 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Vincent Miller<br>N6244 Paradise Drive<br>Burlington, WI 53105-2631 |

| | | |
|---|---|---|
| Virginia Frisbee<br>5 Island View<br>Jeffersonville, IN 47130-5707 | Lonnie Dean Waller<br>3670 Maguire Boulevard, Ste 310<br>Suite 220<br>Orlando, FL, FL 32803-3050 | Richard B Webber<br>PO Box 2907<br>Orlando, FL 32802-2907 |
| William Morgan<br>8607 Timothy Road<br>Brandywine, MD 20613-7622 | William Sullivan<br>1988 Quail Hollow Drive<br>Deland, FL 32720-4339 | Andrew Wit<br>2102 West Cass Street<br>2nd Floor<br>Tampa, FL 33606-1247 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230

End of Label Matrix
Mailable recipients   125
Bypassed recipients     0
Total                 125