UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,                                    Case No.: 6:23-bk-05281-TPG

            Debtor.                                                          Chapter 7
_____/

## AMENDED SCHEDULES E/F AND H

The Debtor provides notice to all creditors and interested parties of amendments to Schedules E/F and H. A copy of the Amended Schedules is attached. The reasons for the amendments are stated below.

| Schedule | Reason(s) for Amendment |
|---|---|
| E / F | Moved the following claims from nonpriority unsecured claims to priority unsecured claims:<br><br>Item 2.1 Florida Department of Revenue<br><br>Item 2.2 Internal Revenue Service |
| E /F | Added the following creditors:<br><br>Item 4.1  Albert Franz<br><br>Item 4.67 Paul and Virginia Frisbee |
| E/ F | Added descriptions for nature and type of unsecured claims for all creditors. |
| H | Added FSD Hot Rod, LLC as a co-debtor for additional creditors. |

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P. O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
Email: chip@herronhilllaw.com
            elizabeth@herronhilllaw.com

AMENDED

**Fill in this information to identify your case:**

Debtor 1      Stephen L Phelps
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number    6:23-bk-05281
               (If known)

☑ Check if this is an
  amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ........................ | $ 1,050,183.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ........................ | $ 25,120.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................ | $ 1,075,303.00 |

### Part 2:  Summarize Your Liabilities

|  | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ........... | $ 1,485,041.56 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................ | $ 55,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................ | + $ 2,642,615.83 |
| **Your total liabilities** | $ 4,182,657.39 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ........................ | $ 0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ........................ | $ 17,950.00 |

Debtor 1  Stephen Phelps
First Name    Middle Name    Last Name

Case number (if known)  6:23-bk-05281

---

**Part 4:**  **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

AMENDED

---

**Fill in this information to identify your case:**

Debtor 1    Stephen L Phelps
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number    6:23-bk-05281
(if know)

☑ Check if this is
an amended
filing

---

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- |

**2.1**

Florida Department of Revenue
Priority Creditor's Name

900 N 14th St
Number        Street
Suite 201

Leesburg FL        34748
City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

$ 40,000.00    $ 0.00    $ 40,000.00

---

| 2.2 | | | | |
|---|---|---|---|---|
| **Internal Revenue Service** | **Last 4 digits of account number** ___ ___ ___ ___ | $ 15,000.00 | $ 0.00 | $ 15,000.00 |

Internal Revenue Service
Priority Creditor's Name

P.O. Box 7346
Number            Street

Philadelphia PA      19101
City            State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify _____

---

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- [ ] No. You have nothing else to report in this part. Submit to the court with your other schedules.
- [x] Yes. Fill in all of the information below.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|
| 4.1 | | |

**Albert J. Franz Jr**
Nonpriority Creditor's Name                                                          $ 3,500.00

601 Fannich Ct
Number            Street

Winter Garden FL      34778
City            State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

| 4.2 | | |
|---|---|---|

**Almost Perfect Detailing**
Nonpriority Creditor's Name                                                          $ 2,750.00

1023 SE 9th Avenue
Number            Street

Ocala  FL      34471
City            State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt / potential personal liability for claim agaisnt FSD Hot Rod Ranch, LLC

| 4.3 | Anthony David Patterson | Last 4 digits of account number _____ | $ Unknown |

**Anthony David Patterson**
Nonpriority Creditor's Name

208 Dessie Re Drive
Number        Street
Munford TN        38058
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ Unknown

---

| 4.4 | Arnold Alvidrez Jr | | $ 48,000.00 |

**Arnold Alvidrez Jr**
Nonpriority Creditor's Name

10514 Cliota Street
Number        Street
Whittier CA        90601
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 48,000.00

---

| 4.5 | Atom Computers | | $ 4,000.00 |

**Atom Computers**
Nonpriority Creditor's Name

525 South Pine Meadow Drive
Number        Street
Debary FL        32713
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt / potential personal liability for claim against FSD Hot Rod Ranch, LLC

$ 4,000.00

| 4.6 | Barney Acselrod | | $ 60,249.00 |
|---|---|---|---|

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority Creditor's Name**

7924 163rd Street NW

Number    Street
Gigi Harbor WA   98329

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.7 | Bobby Simpson | | $ Unknown |
|---|---|---|---|

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority Creditor's Name**

1906 Shutter Case Drive

Number    Street
Sugar Land TX   77479

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.8 | Brett Pace | | $ 30,700.00 |
|---|---|---|---|

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority Creditor's Name**

1352 Pox Pointe Drive

Number    Street
West Jordan UT   84088

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.9 | Candi Lenik | | Last 4 digits of account number _____ | | $ 600.00 |

**Candi Lenik**
Nonpriority Creditor's Name

26110 Newcombe Circle
Number    Street
Leesburg FL     34748
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

$ 600.00

---

| 4.10 | CAN Surety (Florida Dealer Bond) | | Last 4 digits of account number _____ | | $ 25,000.00 |

**CAN Surety (Florida Dealer Bond)**
Nonpriority Creditor's Name

101 S. Reid Street
Number    Street
Sioux Falls SD     57103
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business Debt associated with FSD Hot Rod Ranch, LLC

$ 25,000.00

---

| 4.11 | Carlton Allderdice | | Last 4 digits of account number _____ | | $ 18,950.00 |

**Carlton Allderdice**
Nonpriority Creditor's Name

61 Meadow Lane
Number    Street
Monte Vista CO     81144
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 18,950.00

**4.12**

Charleen Stemerman
Nonpriority Creditor's Name

4040 Misty Morning Place
Number          Street
Casselberry FL    32707
City          State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

$ 19,000.00

---

**4.13**

Charles Helms
Nonpriority Creditor's Name

650 Freedom Lane
Number          Street
Wirtz  VA    24184
City          State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 35,000.00

---

**4.14**

Charles Posey
Nonpriority Creditor's Name

406 NW 17th Street
Number          Street
Battle Ground WA    98604
City          State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ Unknown

---

| 4.15 | Cheryl Slavenksy | Last 4 digits of account number _____ | $ 20,249.00 |
|---|---|---|---|

**Cheryl Slavenksy**
Nonpriority Creditor's Name

1649 Morganite Court
Number    Street
Folsom CA    95630
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 20,249.00

---

| 4.16 | Christopher Dysart | | $ 30,900.00 |

**Christopher Dysart**
Nonpriority Creditor's Name

890 Grand Mountain Trail
Number    Street
Waleska GA    30183
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 30,900.00

---

| 4.17 | Coe Brannon | | $ 39,700.00 |

**Coe Brannon**
Nonpriority Creditor's Name

366 Marple Road
Number    Street
Winchester VA    22603
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 39,700.00

| 4.18 | Colin McCracken | | Last 4 digits of account number _____ | $ 800.00 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**

4040 Misty Place Morning

Number        Street

Casselberry FL     32707

City        State        ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

---

| 4.19 | Collector Car Lending | | Last 4 digits of account number _____ | $ 77,400.00 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**

3306 SW 26th Ave

Number        Street

Ocala FL     34471

City        State        ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.20 | Craig Humes | | Last 4 digits of account number _____ | $ Unknown |
|---|---|---|---|---|

**Nonpriority Creditor's Name**

61 N Sherwood Drive

Number        Street

Providence UT     84332

City        State        ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

First Name      Middle Name      Last Name        Case number *(if known)*

| 4.21 | Daniel Miller | | Last 4 digits of account number _____ | | $ 32,000.00 |
|---|---|---|---|---|---|

**4.21** | Daniel Miller
Nonpriority Creditor's Name

400 Pleasant Valley Road NW
Number      Street
Sugarcreek OH      44681
City      State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 32,000.00

---

**4.22** | David & Rhonda Aunkust
Nonpriority Creditor's Name

2250 Sun Stone Place
Number      Street
New Braunfels TX      78310
City      State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 29,299.00

---

**4.23** | Dennis Williams
Nonpriority Creditor's Name

12633 Milwaukee Avenue
Number      Street
Tavares FL      32778
City      State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

$ 3,000.00

---

Debtor    Stephen L Phelps
First Name    Middle Name    Last Name

Debtor number (if known) 6:23-bk-05281

---

**4.24** | Edna Slade

Nonpriority Creditor's Name

1239 Guy Island Dr

Number          Street

Merritt Island FL    32952

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 10,000.00

---

**4.25** | Edward Domako

Nonpriority Creditor's Name

14737 Cranberry Court

Number          Street

Naples FL    34114

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ Unknown

---

**4.26** | Erie Transport LLC

Nonpriority Creditor's Name

2345 Ashland Ave

Number          Street

Cincinnati OH    45206

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt / potential personal liability for claim against FSD Hot Rod Ranch, LLC

$ 2,000.00

---

Debtor   Stephen L Phelps
First Name   Middle Name   Last Name

Case number (if known) 6:23-bk-05281

AMENDED

---

**4.27**

Eunice Phelps
Nonpriority Creditor's Name

471 Corniche Way
Number          Street
Lake Mary FL      34748
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

$ 26,360.00

---

**4.28**

Francis Tholey
Nonpriority Creditor's Name

408 Silver Ave
Number          Street
Willow Grove PA      19090
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 37,000.00

---

**4.29**

Frank Palmieri
Nonpriority Creditor's Name

6214 Bradford Place Ct
Number          Street
Summerfield NC      27358
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 45,000.00

---

| 4.30 | Gary Tyler | | Last 4 digits of account number _____ | $ 50,000.00 |
|---|---|---|---|---|

**Gary Tyler**
Nonpriority Creditor's Name

6026 Sailboat Ave
Number    Street

Tavares FL    32778
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt. Reimbursement for construction costs.

---

| 4.31 | Gary Tyler | | | $ 18,839.03 |
|---|---|---|---|---|

**Gary Tyler**
Nonpriority Creditor's Name

6026 Sailboat Ave
Number    Street

Tavares FL    32778
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

---

| 4.32 | Gary Vernon Jr | | | $ 20,000.00 |
|---|---|---|---|---|

**Gary Vernon Jr**
Nonpriority Creditor's Name

2500 Chandler Road
Number    Street

Centerville TN    37033
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

Debtor    Stephen L Phelps
          First Name    Middle Name    Last Name

**AMENDED**

---

**4.33**

**George Richter Jr**
Nonpriority Creditor's Name

5575 Nickle Drive
Number          Street

Lolo    MT    59847
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 20,000.00

---

**4.34**

**Gregory Markzaruba**
Nonpriority Creditor's Name

7010 Carmae Road
Number          Street

Sykesville MD    21784
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 30,450.00

---

**4.35**

**Gustavo Guzman**
Nonpriority Creditor's Name

2918 Gault Trail SW
Number          Street

Alburquerque NM    87121
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 41,000.00

---

Debtor  Stephen L Phelps
First Name    Middle Name    Last Name

AMENDED

---

**4.36** | Harold Frazier
Nonpriority Creditor's Name

13179 SE 92nd Court Rd
Number        Street
Summerfield FL    34491
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 45,000.02

---

**4.37** | Integrity Motors LLC
Nonpriority Creditor's Name

2010 East Main Street
Number        Street
West Frankfort IL    62896
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 39,000.00

---

**4.38** | Irvin Turpin Jr
Nonpriority Creditor's Name

485 S Geyers Church Rd
Number        Street
Middletown PA    17057
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 50,249.00

---

| 4.39 | Jack Haley Jr | | $ 45,700.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

109 W Main Street
Number   Street
Durand IL    61024
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.40 | James Hill | | $ 55,000.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

610 B Ave
Number   Street
Kremlin OK    73753
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.41 | James Lee | | $ 37,500.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

3408 Fireside Drive
Number   Street
Cheyenne WY    82001
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

Debtor     Stephen L Phelps
           First Name    Middle Name    Last Name

AMENDED

| 4.42 | James McMilan | | Last 4 digits of account number ___ ___ ___ ___ | $ 17,000.00 |

**4.42**

**James McMilan**
Nonpriority Creditor's Name

11490 193rd Road
Number          Street
Live Oak FL          32060
City     State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 17,000.00

---

**4.43**

**James Riley JR**
Nonpriority Creditor's Name

133 Claymore Dr
Number          Street
Clayton NC          27527
City     State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 4,000.00

---

**4.44**

**James Warner**
Nonpriority Creditor's Name

127 Woehrle Ave
Number          Street
Staten Island NY          10312
City     State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 23,350.00

Debtor  Stephen L Phelps
        First Name        Middle Name        Last Name

| 4.45 | Jeff and Mary Mollison | Last 4 digits of account number _____ | $ Unknown |

**Jeff and Mary Mollison**
Nonpriority Creditor's Name

532 Canterbury Court
Number          Street
Hilton Head Island SC    29909
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.46 | Jeffrey Emming | Last 4 digits of account number _____ | $ 32,000.00 |

**Jeffrey Emming**
Nonpriority Creditor's Name

341 SE 7th St
Number          Street
Pompano Beach FL    33065
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.47 | Jimmy Brewer | Last 4 digits of account number _____ | $ 42,870.00 |

**Jimmy Brewer**
Nonpriority Creditor's Name

107 S Loco Street
Number          Street
Loco   OK    73442
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

| 4.48 | Joel Mateer | | $ 12,000.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

350 Berkshire Drive

Number          Street

Riva    MD    21140

City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.49 | Johnathan Gilbert | | $ 50,249.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

2210 N Pearson Lane

Number          Street

Roanoke TX    76262

City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.50 | Joshua Phelps | | $ 15,158.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

1404 Nichols Drive

Number          Street

Tavares FL    32778

City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

Debtor    Stephen L Phelps
First Name    Middle Name    Last Name    Case number (if known)    6:23-bk-05281

---

**4.51**

Katholm Properties LLC
Nonpriority Creditor's Name

141 Osborne Street
Number                Street

Minoa NY        13116
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt / potential personal liability for claim against FSD Hot Rod Ranch, LLC

$ 1,400.00

---

**4.52**

Keith McCracken
Nonpriority Creditor's Name

4040 Misty Morning Place
Number                Street

Casselberry FL        32707
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

$ 3,100.00

---

**4.53**

Kenley Harper
Nonpriority Creditor's Name

255 Devonport Drive
Number                Street

Rockwall TX        75032
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 5,000.00

---

| 4.54 | Kenneth Quirk | | $ 36,700.00 |
|---|---|---|---|

**Kenneth Quirk**
Nonpriority Creditor's Name

5546 West Road
Number         Street
Lake Worth FL     33463

City         State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

| 4.55 | Kenvas Inc | | $ 29,000.00 |
|---|---|---|---|

**Kenvas Inc**
Nonpriority Creditor's Name

534 NW Mercantile Place
Number         Street
Suite 117

Port Saint Lucie FL     34986

City         State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

| 4.56 | Kevin Lynch | | $ 22,000.00 |
|---|---|---|---|

**Kevin Lynch**
Nonpriority Creditor's Name

104 Silo Aly
Number         Street
Seneca SC     29672

City         State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

| 4.57 | Lawrence Schmidt | Last 4 digits of account number ___ ___ ___ ___ | $ 27,700.00 |

**Nonpriority Creditor's Name**

940 Cape Marco

Number          Street

Unit 1902

Marco Island FL     34145

City          State     ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.58 | Lee Krejci | Last 4 digits of account number ___ ___ ___ ___ | $ 57,000.00 |

**Nonpriority Creditor's Name**

10177 South Lake Drive

Number          Street

Largo FL     33773

City     State     ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.59 | Leonardo Nigro | Last 4 digits of account number ___ ___ ___ ___ | $ Unknown |

**Nonpriority Creditor's Name**

59 Muddy Bay Drive

Number          Street

Murrells Inlet

Murrells Inlet SC     29576

City          State     ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

First Name    Middle Name    Last Name

| 4.60 | | |
|---|---|---|

**Lindall Wilcox and Deborah Gillespie**
Nonpriority Creditor's Name

210 Maple Drive
Number        Street
Lady Lake FL        32159
City        State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 48,293.88

---

| 4.61 | | |
|---|---|---|

**Lonnie Waller**
Nonpriority Creditor's Name

192 SW Moonrise Ct
Number        Street
Fort White FL        32038
City        State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 49,378.88

---

| 4.62 | | |
|---|---|---|

**Mark Beal and Debra Meyers**
Nonpriority Creditor's Name

8140 SW 76th Avenue
Number        Street
Ocala FL        34476
City        State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 24,874.00

---

| 4.63 | Matthew Jennings | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

195 Joe Tom Erwin Rd
Number          Street
New Concord KY      42076
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 40,000.00

---

| 4.64 | Michael McCullough | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

1965 E 2500 North Road
Number          Street
Watseka IL      60970
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 45,249.00

---

| 4.65 | Michael Razzano | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

49 Silber Ave
Number          Street
Bethpage NY      11714
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 60,000.00

| 4.66 | **P3 Solutions Electrical Contractors & Designers** | **Last 4 digits of account number** ___ ___ ___ ___ | $ 8,337.50 |

Nonpriority Creditor's Name

5425 West Crenshaw

Number    Street

Suite B

Tampa FL    33634

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Electrical work billed to Gary Tyler. Potential personal liability.

---

| 4.67 | **Paul and Virginia Frisbee** | **Last 4 digits of account number** ___ ___ ___ ___ | $ 33,000.00 |

Nonpriority Creditor's Name

5 Island View

Number    Street

Jeffersonville IN    47130

City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.68 | **Paula Radley** | **Last 4 digits of account number** ___ ___ ___ ___ | $ 26,000.00 |

Nonpriority Creditor's Name

11 Foliate Way

Number    Street

Ladera Ranch CA    92694

City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

Debtor    Stephen L Phelps
          First Name    Middle Name    Last Name

Case number (if known) 6:23-bk-05281

| 4.69 | Paul Bewick | | | Last 4 digits of account number _____ | $ 42,700.00 |

**Nonpriority Creditor's Name**

3530 Dell Ct. S
Number          Street

Saint Paul MN    55110
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.70 | Perry Michael Orr Jr. | | | Last 4 digits of account number _____ | $ 0.00 |

**Nonpriority Creditor's Name**

4592 Bellevue Road
Number          Street

Haughty LA    71037
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.71 | PNC Bank | | | Last 4 digits of account number _____ | $ 5,000.00 |

**Nonpriority Creditor's Name**

P.O. Box 3429
Number          Street

Pittsburgh PA    15230
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt / potential personal liability for claim against FSD Hot Rod Ranch, LLC

---

Debtor    Stephen L Phelps
First Name    Middle Name    Last Name

Case number (if known) 6:23-bk-05281

---

**4.72**

Polacheck & Polacheck, LLC
Nonpriority Creditor's Name

14621 Highway 71
Number          Street
Savannah MO          64485
City      State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 22,000.00

---

**4.73**

Raymond Sanchez JR
Nonpriority Creditor's Name

4627 Viaggio Circle
Number          Street
Riverside CA          92509
City      State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 53,000.00

---

**4.74**

Raymond Schuler
Nonpriority Creditor's Name

516 E Bristol Street
Number          Street
Elkhart IN          46514
City      State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 40,000.00

---

| 4.75 | Richard Alvarez | | $ 5,000.00 |

**Richard Alvarez**
Nonpriority Creditor's Name

19523 Vintage Street
Number          Street

Northridge CA      91324
City      State      ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt / potential personal liability for claim against FSD Hot Rod Ranch, LLC

---

| 4.76 | Richard Bocher | | $ 35,230.00 |

**Richard Bocher**
Nonpriority Creditor's Name

1025 Doshire Dr
Number          Street

Orange Park FL      32065
City      State      ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.77 | Richard Bradford | | $ 35,000.00 |

**Richard Bradford**
Nonpriority Creditor's Name

3714 E Renee Dr
Number          Street

Phoenix AZ      85050
City      State      ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

| 4.78 | Richard Shearer | Last 4 digits of account number _____ | $ 64,143.88 |

**Nonpriority Creditor's Name**

6837 Royal Ridge Ct

Number    Street

Spring Hill FL      34606

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.79 | Robert Davies Jr | Last 4 digits of account number _____ | $ 23,450.00 |

**Nonpriority Creditor's Name**

87 Edgewater Drive

Number    Street

Tuckerton NJ      08087

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

| 4.80 | Robert Goodkind | Last 4 digits of account number _____ | $ 32,000.00 |

**Nonpriority Creditor's Name**

16548 E Laser Drive

Number    Street

Fountain Hills AZ      85268

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

Debtor    Stephen L Phelps
          First Name        Middle Name        Last Name

| 4.81 | Robert Rivera | Last 4 digits of account number _____ | $ 5,000.00 |

**4.81**

Robert Rivera
Nonpriority Creditor's Name

16900 SW 90 Ave
Number        Street
Miami FL        33157
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 5,000.00

---

**4.82**

Robert Schlack
Nonpriority Creditor's Name

2924 Mark Twain Dr
Number        Street
Lake Wales FL        33898
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 55,000.00

---

**4.83**

Ronald Kiger
Nonpriority Creditor's Name

944 Sonoma Ave
Number        Street
Santa Rosa CA        95404
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 35,000.00

Debtor _____Stephen L Phelps_____    AMENDED
        First Name      Middle Name      Last Name                        Case number (if known) 6:23-bk-05281

| | |
|---|---|
| **4.84** **Roy Cannon** | **Last 4 digits of account number** _____ $ 11,218.88 |

**4.84**

**Roy Cannon**
Nonpriority Creditor's Name

1350 Clements Road
Number          Street
Jacksonville FL     32211

City       State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 11,218.88

---

**4.85**

**Ryan Anhurst**
Nonpriority Creditor's Name

23 Galt Street
Number          Street
Hamilton, Ontario L9C6G6

City       State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 21,299.00

---

**4.86**

**Stephen Johnson**
Nonpriority Creditor's Name

2209 Jennah Circle
Number          Street
Eustis FL     32726

City       State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt / Potential personal liabilities for unpaid wages from FSD Hot Rod Ranch LLC

$ 600.00

| 4.87 | Susan and Dustin Hart | | Last 4 digits of account number _____ | $ 22,931.88 |

**Susan and Dustin Hart**
Nonpriority Creditor's Name

6404 Grenada Island Avenue
Number          Street
Apollo Beach FL      33572
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 22,931.88

---

| 4.88 | Susan Dinardi | | | $ 52,700.00 |

**Susan Dinardi**
Nonpriority Creditor's Name

1445 Palmore Road
Number          Street
Powhatan VA      23139
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 52,700.00

---

| 4.89 | Thomas Carney | | | $ 68,486.88 |

**Thomas Carney**
Nonpriority Creditor's Name

2928 39th Ave N
Number          Street
Saint Petersburg FL      33714
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 68,486.88

Debtor    Stephen L Phelps
                                    Case 6:23-bk-05281-TPG    Doc 19    Filed 01/18/24    Page 35 of 57    6:23-bk-05281
       First Name    Middle Name    Last Name                                              Case number (if known)                     AMENDED

| 4.90 | Todd Ellis | | Last 4 digits of account number _____ | $ 95,000.00 |

**4.90** Todd Ellis
Nonpriority Creditor's Name

2005 Shaudi Lane
Number          Street
Atlanta GA     30345

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 95,000.00

---

**4.91** Tom Vazey
Nonpriority Creditor's Name

34028 Matthews CV
Number          Street
Leesburg FL     34788

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt / potential personal liability for claim against FSD Hot Rod Ranch, LLC

$ 4,000.00

---

**4.92** Traci N. Creech
Nonpriority Creditor's Name

1003 Lake Nettie Drive
Number          Street
Eustis FL     32726

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ Unknown

| 4.93 | Troy Kimball | | |
|---|---|---|---|

**Troy Kimball**
Nonpriority Creditor's Name

127 Prentiss Street
Number          Street

Old Town ME     04468
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 40,000.00

---

| 4.94 | Vincent Miller | | |
|---|---|---|---|

**Vincent Miller**
Nonpriority Creditor's Name

N6244 Paradise Drive
Number          Street

Burlington WI     53105
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 25,000.00

---

| 4.95 | William Morgan | | |
|---|---|---|---|

**William Morgan**
Nonpriority Creditor's Name

8607 Timothy Road
Number          Street

Brandywine MD     20613
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

$ 34,000.00

| 4.96 | William Sullivan | | Last 4 digits of account number | | | $ 47,000.00 |

**William Sullivan**
Nonpriority Creditor's Name

1988 Quail Hollow Drive
Number          Street

Deland FL      32720
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt / FSD Hot Rod Ranch, LLC related to purchase and sale of a motor vehicle

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 40,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 15,000.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 55,000.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,642,615.83 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 2,642,615.83 |

AMENDED

**Fill in this information to identify your case:**

**Fill in this information to identify your case:**

Debtor 1    Stephen L Phelps
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number    6:23-bk-05281
(if know)

☑ Check if this is
an amended
filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:*  **Your codebtor** | *Column 2:*  **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** FSD Hot Rod Ranch, LLC<br>Name<br>37245 County Road 439<br>Street<br>Eustis                    FL        32726<br>City                    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.87<br>☐ Schedule G, line _____ |
| **3.2** Stephen Johnson<br>Name<br>2209 Jennah Circle<br>Street<br>Eustis                    FL        32726<br>City                    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.94<br>☐ Schedule G, line _____ |
| **3.3** Eunice Loreanna Phelps<br>Name<br>37245 County Road 439<br>Street<br>Eustis                    FL        32736<br>City                    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.94<br>☐ Schedule G, line _____ |
| **3.4** FSD Hot Rod Ranch, LLC<br>Name<br>37245 County Road 439<br>Street<br>Eustis                    FL        32726<br>City                    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.94<br>☐ Schedule G, line _____ |

**3.5**

Stephen Johnson
Name

2209 Jennah Circle
Street

Eustis                     FL        32726
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.24
☐ Schedule G, line _____

**3.6**

Stephen Johnson
Name

2209 Jennah Circle
Street

Eustis                     FL        32726
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.11
☐ Schedule G, line _____

**3.7**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                     FL        32726
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.88
☐ Schedule G, line _____

**3.8**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                     FL        32726
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.47
☐ Schedule G, line _____

**3.9**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                     FL        32726
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.8
☐ Schedule G, line _____

**3.10**

Eunice Loreanna Phelps
Name

37245 County Road 439
Street

Eustis                     FL        32736
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.8
☐ Schedule G, line _____

**3.11**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                     FL        32726
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.37
☐ Schedule G, line _____

**3.12**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                     FL        32726
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.93
☐ Schedule G, line _____

**3.13**

Eunice Loreanna Phelps
Name

37245 County Road 439
Street

Eustis                     FL        32736
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.87
☐ Schedule G, line _____

**3.14**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis   FL   32726
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.24
☐ Schedule G, line ____

**3.15**

Eunice Loreanna Phelps
Name

37245 County Road 439
Street

Eustis   FL   32736
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.24
☐ Schedule G, line ____

**3.16**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis   FL   32726
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.11
☐ Schedule G, line ____

**3.17**

Stephen Johnson
Name

2209 Jennah Circle
Street

Eustis   FL   32726
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.8
☐ Schedule G, line ____

**3.18**

Stephen Johnson
Name

2209 Jennah Circle
Street

Eustis   FL   32726
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.93
☐ Schedule G, line ____

**3.19**

Eunice Loreanna Phelps
Name

37245 County Road 439
Street

Eustis   FL   32736
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.11
☐ Schedule G, line ____

**3.20**

Traci Creech
Name

1003 Lake Nettie Drive
Street

Eustis   FL   32726
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.8
☐ Schedule G, line ____

**3.21**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis   FL   32726
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.17
☐ Schedule G, line ____

**3.22**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis   FL   32726
City   State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.6
☐ Schedule G, line ____

Debtor   Stephen L Phelps
         First Name   Middle Name   Last Name

**AMENDED**

---

**3.23**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.4
☐ Schedule G, line ____

---

**3.24**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.19
☐ Schedule G, line ____

---

**3.25**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.14
☐ Schedule G, line ____

---

**3.26**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.28
☐ Schedule G, line ____

---

**3.27**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.38
☐ Schedule G, line ____

---

**3.28**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.80
☐ Schedule G, line ____

---

**3.29**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.13
☐ Schedule G, line ____

---

**3.30**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.29
☐ Schedule G, line ____

---

**3.31**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL      32726
City                      State   ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line 4.32
☐ Schedule G, line ____

---

Debtor    Stephen L Phelps
First Name    Middle Name    Last Name

---

**3.32**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.15
☐ Schedule G, line _____

---

**3.33**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.33
☐ Schedule G, line _____

---

**3.34**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.39
☐ Schedule G, line _____

---

**3.35**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.65
☐ Schedule G, line _____

---

**3.36**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.16
☐ Schedule G, line _____

---

**3.37**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.34
☐ Schedule G, line _____

---

**3.38**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.40
☐ Schedule G, line _____

---

**3.39**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.42
☐ Schedule G, line _____

---

**3.40**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                                FL        32726
City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.46
☐ Schedule G, line _____

---

Debtor    Stephen L Phelps
First Name    Middle Name    Last Name

(Case number (if known)) 6:23-bk-05281

**3.41**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.49
☐ Schedule G, line _____

**3.42**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.21
☐ Schedule G, line _____

**3.43**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.35
☐ Schedule G, line _____

**3.44**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.41
☐ Schedule G, line _____

**3.45**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.56
☐ Schedule G, line _____

**3.46**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.22
☐ Schedule G, line _____

**3.47**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.36
☐ Schedule G, line _____

**3.48**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.43
☐ Schedule G, line _____

**3.49**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.64
☐ Schedule G, line _____

First Name   Middle Name   Last Name

| 3.50 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.44 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

| 3.51 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.48 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

| 3.52 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.53 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

| 3.53 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.54 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

| 3.54 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.55 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

| 3.55 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.57 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

| 3.56 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.60 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

| 3.57 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.76 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

| 3.58 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.58 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis   FL   32726 | |
| | City   State   ZIP Code | |

**3.59**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.61
☐ Schedule G, line _____

**3.60**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.68
☐ Schedule G, line _____

**3.61**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.77
☐ Schedule G, line _____

**3.62**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.89
☐ Schedule G, line _____

**3.63**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.62
☐ Schedule G, line _____

**3.64**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.63
☐ Schedule G, line _____

**3.65**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.69
☐ Schedule G, line _____

**3.66**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.73
☐ Schedule G, line _____

**3.67**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL        32726
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.72
☐ Schedule G, line _____

| 3.68 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.67 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

| 3.69 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.74 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

| 3.70 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.78 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

| 3.71 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.79 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

| 3.72 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.81 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

| 3.73 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.82 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

| 3.74 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.83 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

| 3.75 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.90 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

| 3.76 | FSD Hot Rod Ranch, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.84 |
| | 37245 County Road 439 | ☐ Schedule G, line _____ |
| | Street | |
| | Eustis                    FL        32726 | |
| | City              State      ZIP Code | |

**3.77**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.85
☐ Schedule G, line _____

**3.78**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.95
☐ Schedule G, line _____

**3.79**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.96
☐ Schedule G, line _____

**3.80**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.1
☐ Schedule G, line _____

**3.81**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.9
☐ Schedule G, line _____

**3.82**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.23
☐ Schedule G, line _____

**3.83**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.12
☐ Schedule G, line _____

**3.84**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.18
☐ Schedule G, line _____

**3.85**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis       FL    32726
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.27
☐ Schedule G, line _____

Debtor   Stephen L Phelps
         First Name   Middle Name   Last Name

Case number (if known) 6:23-bk-05281

**AMENDED**

---

**3.86**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.50
☐ Schedule G, line _____

---

**3.87**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.2
☐ Schedule G, line _____

---

**3.88**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.52
☐ Schedule G, line _____

---

**3.89**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.86
☐ Schedule G, line _____

---

**3.90**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.5
☐ Schedule G, line _____

---

**3.91**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.71
☐ Schedule G, line _____

---

**3.92**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.26
☐ Schedule G, line _____

---

**3.93**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.51
☐ Schedule G, line _____

---

**3.94**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                          FL        32726
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.75
☐ Schedule G, line _____

---

Debtor    Stephen L Phelps    Case 6:23-bk-05281-TPG    Doc 19    Filed 01/18/24    Page 49 of 57    6:23-bk-05281
First Name    Middle Name    Last Name                                                    Case number (if known)

AMENDED

**3.95**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 4.91
- [ ] Schedule G, line ____

**3.96**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 2.1
- [ ] Schedule G, line ____

**3.97**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 4.3
- [ ] Schedule G, line ____

**3.98**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 4.25
- [ ] Schedule G, line ____

**3.99**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 4.7
- [ ] Schedule G, line ____

**3.100**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 4.20
- [ ] Schedule G, line ____

**3.101**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 4.31
- [ ] Schedule G, line ____

**3.102**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 4.59
- [ ] Schedule G, line ____

**3.103**

FSD Hot Rod Ranch, LLC
Name

37245 County Road 439
Street

Eustis                    FL       32726
City                    State    ZIP Code

- [ ] Schedule D, line ____
- [x] Schedule E/F, line 4.70
- [ ] Schedule G, line ____

Debtor    Stephen L Phelps
          First Name    Middle Name    Last Name

Case number (if known) 6:23-bk-05281

| 3.104 | FSD Hot Rod Ranch, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.45 |
| | 37245 County Road 439 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Eustis | FL | 32726 | |
| | City | State | ZIP Code | |

AMENDED

**Fill in this information to identify your case:**

Debtor 1       Stephen L Phelps
        First Name            Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name            Middle Name          Last Name

United States Bankruptcy Court for the Middle District of Florida

Case number    6:23-bk-05281
(If known)

☑ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

|  | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Stephen L Phelps                        ✖ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 01/18/2024                                    Date _____
    MM / DD / YYYY              MM / DD / YYYY

## CERTIFICATE OF SERVICE

I certify that on January 17, 2024, I mailed the foregoing document and all attachments by first-class U.S. mail postage prepaid to the non-CM/ECF participants listed on the attached mailing matrix.

I further certify that on January 17, 2024, I mailed (a) the foregoing document and all attachments, and (b) the Notice of Commencement (Doc.  ) by first class mail postage prepaid to the following:

Albert J. Franz, Jr.
601 Fannich Ct
Winter Garden, FL 34778

Paul and Virginia Frisbee
Island View Street
Jeffersonville City, IN 47130

**Kenneth D. Herron, Jr.**
Florida Bar No. 699403

Label Matrix for local noticing
113A-6
Case 6:23-bk-05281-TPG
Middle District of Florida
Orlando
Wed Jan 17 15:18:54 EST 2024

Albert Alvidrez Jr.
10514 Cliota Street
Whittier, CA 90601-1714

Carlton Allderdice
Debt Relief Law Center
3670 Maguire Boulevard
Suite 310
Orlando, FL 32801 United States 32803-3050

Almost Perfect Detailing
1023 SE 9th Avenue
Ocala, FL 34471-3807

Anthony David Patterson
208 Dessie Re Drive
Munford, TN 38058-4684

Atom Computers
525 South Pine Meadow Drive
Debary, FL 32713-2619

Barney Acselrod
7924 163rd Street NW
Gig Harbor, WA 98329-8823

Betty Ferrero
2525 Stockbridge Square SW
Vero Beach, FL 32962-4215

Bobby Simpson
1906 Shutter Case Drive
Sugar Land, TX 77479-7001

Brett Place
1352 Pox Pointe Drive
West Jordan, UT 84088-8358

CAN Surety (Florida Dealer Bond)
101 S. Reid Street
Sioux Falls, SD 57103-7030

Candi Lenik
26110 Newcombe Circle
Leesburg, FL 34748-7763

Carlton Allderdice
61 Meadow Lane
Monte Vista, CO 81144-9374

Carlton Allderdice
c/o N. James Turner
3670 Maguire Boulevard, Suite 310
Orlando, FL 32803-3050

Charleen Stemerman
4040 Misty Morning Place
Casselberry, FL 32707-5293

Charles Helms
650 Freedom Lane
Wirtz, VA 24184-4494

Charles Posey
406 NW 17th Street
Battle Ground, WA 98604-8015

Cheryl Slavenksy
1649 Morganite Court
Folsom, CA 95630-7308

Christopher Dysart
890 Grand Mountain Trail
Waleska, GA 30183-2706

Coe Brannon
366 Marple Road
Winchester, VA 22603-4143

Colin McCracken
4040 Misty Place Morning
Casselberry, FL 32707-5293

Collector Car Lending
3306 SW 26th Ave
Ocala, FL 34471-7856

Craig Humes
61 N Sherwood Drive
Providence, UT 84332-9221

Daniel Miller
400 Pleasant Valley Road NW
Sugarcreek, OH 44681

David & Rhonda Aunkust
2250 Sun Stone Place
New Braunfels, TX 78130-2051

Dennis Williams
12633 Milwaukee Avenue
Tavares, FL 32778-4216

Susan P. Dinardi
c/o Michael S. Provenzale, Esq.
P.O. Box 2809
Orlando, FL 32802-2809

Edna Slade
1239 Guy Island Dr
Merritt Island, FL 32952-6063

Edward Domako
14737 Cranberry Court
Naples, FL 34114-8661

Erie Transport LLC
2345 Ashland Ave
Cincinnati, OH 45206-2204

Eunice Loreanna Phelps
37245 County Road 439
Eustis, FL 32736-9062

Eunice Phelps
471 Corniche Way
Lake Mary, FL 32746-1505

FSD Hot Rod Ranch, LLC
1220 Huffstetler Road
204
Eustis, FL 32726-8241

FSD Hot Rod Ranch, LLC
FSD Hot Rod Ranch, LLC
204
Eustis, FL 32726

Florida Department of Revenue
900 N 14th St
Suite 201
Leesburg, FL 34748-3829

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Francis Tholey
408 Silver Ave
Willow Grove, PA 19090-2824

Frank Palmieri
6214 Bradford Place Ct
Summerfield, NC 27358-7000

Gary Tyler
6026 Sailboat Ave
Tavares, FL 32778-9208

Gary Vernon Jr
2500 Chandler Road
Centerville, TN 37033-1885

George Richter Jr
5575 Nickle Drive
Lolo, MT 59847-9767

Gregory Markzaruba
7010 Carmae Road
Sykesville, MD 21784-7713

Gustavo Guzman
2918 Gault Trail SW
Alburquerque, NM 87121-3702

Harold Frazier
13179 SE 92nd Court Rd
Summerfield, FL 34491-9702

Dustin Hart
c/o Wit Law, PLLC
2102 W. Cass St.
Tampa, FL 33606-1247

Susan Hart
c/o Wit Law, PLLC
2102 W. Cass St.
Tampa, FL 33606-1247

Kenneth D Herron Jr
Herron Hill Law Group, PLLC
P. O. Box 2127
Orlando, FL 32802-2127

Craig Humes
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Integrity Motors LLC
2010 East Main Street
West Frankfort, IL 62896-1719

Integrity Motors, LLC
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irvin Turpin Jr
485 S Geyers Church Rd
Middletown, PA 17057-4447

Jack Haley Jr
109 W Main Street
Durand, IL 61024-8933

James Hill
610 B Ave
Kremlin, OK 73753

James Lee
3408 Fireside Drive
Cheyenne, WY 82001-9113

James McMilan
11490 193rd Road
Live Oak, FL 32060-5533

James Riley JR
133 Claymore Dr
Clayton, NC 27527-6101

James Warner
127 Woehrle Ave
Staten Island, NY 10312-1943

Jeff and Mary Mollison
532 Canterbury Court
Hilton Head Island, SC 29909-1028

Jeffrey Emming
341 SE 7th St
Pompano Beach, FL 33060-8437

Jimmy Brewer
107 S Loco Street
Loco, OK 73442-1814

Joel Mateer
350 Berkshire Drive
Riva, MD 21140-1430

Johnathan Gilbert
2210 N Pearson Lane
Roanoke, TX 76262-9014

Joshua Phelps
1404 Nichols Drive
Tavares, FL 32778-3522

Katholm Properties LLC
141 Osborne Street
Minoa, NY 13116-1217

Keith McCracken
5546 West Road
Lake Worth, FL 33463-6945

Kenley Harper
255 Devonport Drive
Rockwall, TX 75032-0196

Kenneth Quirk
5546 West Road
Lake Worth, FL 33463-6945

Kenvas Inc
534 NW Mercantile Place
Suite 117
Port Saint Lucie, FL 34986-2278

Kevin Lynch
104 Silo Aly
Seneca, SC 29672-6674

Troy Kimball
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

Lake County Tax Collector
Post Office Box 327
Tavares FL 32778-0327

Lawrence Schmidt
940 Cape Marco
Unit 1902
Marco Island, FL 34145-6636

Lee Krejci
10177 South Lake Drive
Largo, FL 33773-4254

Leonardo Nigro
59 Muddy Bay Drive
Murrells Inlet
Murrells Inlet, SC 29576-3503

Lindall Wilcox and Deborah Gillespie
210 Maple Drive
Lady Lake, FL 32159-7201

Lonnie Waller
192 SW Moonrise Ct
Fort White, FL 32038-4530

Mark Beal and  Debra Meyers (Vystar Credit U
8140 SW 76th Avenue
Ocala, FL 34476-6960

Matthew Jennings
195 Joe Tom Erwin Rd
New Concord, KY 42076

Michael McCullough
1965 E 2500 North Road
Watseka, IL 60970-6055

Michael Razzano
49 Silber Ave
Bethpage, NY 11714-1324

Vince Miller
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

P3 Solutions Electrical Contractors & Design
5425 West Crenshaw
Suite B
Tampa, FL 33634-3008

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Brett Pace
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

Anthony David Patterson
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

Paul Bewick
3530 Dell Ct. S
Saint Paul, MN 55110-5303

Paula Radley
11 Foliate Way
Ladera Ranch, CA 92694-1219

Perry Michael Orr Jr.
4592 Bellevue Road
Haughty, LA 71037-8364

Stephen L Phelps
37245 County Road 439
Eustis, FL 32736-9062

Polacheck & Polacheck, LLC
14621 Highway 71
Savannah, MO 64485-1597


Michael S Provenzale
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809

RT - Royal Investments, LLC
P.O. Box 608267
Orlando, FL 32860-8267

Raymond Sanchez JR
4627 Viaggio Circle
Riverside, CA 92509-7503


Raymond Schuler
516 E Bristol Street
Elkhart, IN 46514-3467

Richard Alvarez
19523 Vintage Street
Northridge, CA 91324-1043

Richard Bocher
1025 Doshire Dr
Orange Park, FL 32065-6303


Richard Bradford
3714 E Renee Dr
Phoenix, AZ 85050-3233

Richard Shearer
6837 Royal Ridge Ct
Spring Hill, FL 34606-3434

Robert Davies Jr
87 Edgewater Drive
Tuckerton, NJ 08087-2807


Robert Goodkind
16548 E Laser Drive
Fountain Hills, AZ 85268-6539

Robert Rivera
16900 SW 90 Ave
Miami, FL 33157-4503

Robert Schlack
2924 Mark Twain Dr
Lake Wales, FL 33898-3670


Ronald Kiger
944 Sonoma Ave
Santa Rosa, CA 95404-4814

Roy Cannon
1350 Clements Road
Jacksonville, FL 32211-6352

Ryan Anhurst
23 Galt Street
Hamilton, Ontario L9C6G6


Stephen Johnson
2209 Jennah Circle
Eustis, FL 32726-5139

Susan Dinardi
1445 Palmore Road
Powhatan, VA 23139-7131

Susan and Dustin Hart
6404 Grenada Island Avenue
Apollo Beach, FL 33572-2518


Thomas Carney
2928 39th Ave N
Saint Petersburg, FL 33714-4526

Todd Ellis
2005 Shaudi Lane
Atlanta, GA 30345-7606

Tom Vazey
34028 Matthews CV
Leesburg, FL 34788-3697


Traci Creech
1003 Lake Nettie Drive
Eustis, FL 32726-5034

Traci N. Creech
1003 Lake Nettie Drive
Eustis, FL 32726-5034

Troy Kimball
127 Prentiss Street
Old Town, ME 04468-1842


N James Turner
Debt Relief Law Center
3670 Maguire Boulevard, Suite 310
Orlando, FL 32803-3050

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Vincent Miller
N6244 Paradise Drive
Burlington, WI 53105-2631

Virginia Frisbee
5 Island View
Jeffersonville, IN 47130-5707

Lonnie Dean Waller
3670 Maguire Boulevard, Ste 310
Suite 220
Orlando, FL, FL 32803-3050

Richard B Webber
PO Box 2907
Orlando, FL 32802-2907

William Morgan
8607 Timothy Road
Brandywine, MD 20613-7622

William Sullivan
1988 Quail Hollow Drive
Deland, FL 32720-4339

Andrew Wit
2102 West Cass Street
2nd Floor
Tampa, FL 33606-1247

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230

End of Label Matrix
Mailable recipients    125
Bypassed recipients      0
Total                  125