UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
)
Stephen L Phelps, ) Case No.: 6:23-bk-05281-TPG
) Chapter 7
      Debtor. )
)

TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT BY DEBTOR

TO: The Above-Captioned Debtor and His Attorney of Record:

Richard B. Webber II, Trustee, pursuant to 11 U.S.C. §522(l), hereby objects to the claim of exemptions filed by the Debtor, and shows:

1. Stephen L Phelps, filed a petition under Chapter 7 of this title on December 15, 2023.

> NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 400 W. Washington St, Ste. 5100, Orlando, FL 32801 within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

2. The 11 U.S.C. Section 341 Meeting of Creditors ("Meeting") was held and concluded on February 1, 2024.

3. On Schedule C, the Debtor claims property described as 37245 County Road 439, Eustis, FL 32736, Lake County, hereinafter referred to as "Real Property," as exempt.

4. The Debtor values the Real Property at $1,050,183.00 and is claiming the Property as exempt for its entire value pursuant to Fla. Const. Art. X, §4(a)(1).

5. The Trustee objects to the Debtor's claim of exemption of the Property.

6. On information and belief, creditors' funds were used on the Property.

7. On Schedule C, the Debtor claims as exempt Household Goods ("Household Goods").

8. The Debtor values the Household Goods at $17,620.00.

9. The Trustee objects to Debtor's claim of exemption in the Household Goods and the valuation thereof.

10. On Schedule C, the Debtor claims a 2011 Jaguar XJL 4D VIN SAJWA2GB1BLV04392 ("2011 Jaguar") as exempt.

11. The Debtor values the 2011 Jaguar at $7,500.00.

12. The Trustee objects to the Debtor's claim of exemption in the 2011 Jaguar and the valuation thereof.

13. If the Court sustains the objections, Debtor may contact the Trustee to discuss purchasing the estate's interest in the pertinent asset.

WHEREFORE, the Trustee moves this Court to enter its order as follows: (a) sustaining the objection; (b) denying the Debtor's claim of exemption of the Property as set forth above; and (c) for such further relief as this Court deems just and reasonable.

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection has been furnished by either electronic transmission or first-class United States Mail, postage prepaid, on the February 25, 2024 to: Stephen L Phelps, 37245 County Road 439, Eustis, FL 32736; Kenneth D Herron, Herron Hill Law Group, Pllc, Po Box 2127, Orlando, FL 32802; and the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801, on February 25, 2024.

/s/ Richard B. Webber II
Richard B. Webber II, Trustee
PO Box 2907
Orlando, FL 32802
(407) 425-7010