UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Stephen L Phelps, ) | Case No. 6:23-bk-05281-TPG |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

TRUSTEE'S MOTION TO APPEAR AT HEARING VIA ZOOM

Trustee Richard B. Webber II hereby requests approval from the Court to appear at the Application to Employ Special Counsel Andrew Wit non-evidentiary hearing currently scheduled for March 6, 2024 at 11:15 a.m. via Zoom due to medical reasons which hinder his ability to attend in person.

WHEREFORE, the Trustee moves this Court to allow him to attend this hearing via zoom and provide the remote access link for Zoom attendance.

Respectfully submitted this 28th day of February, 2024.

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 2907
Orlando, FL 32802
Telephone: (407) 425-7010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear via Zoom has been sent either electronically or by U.S. Mail, First Class, Postage Prepaid, on February 28, 2024, to: Stephen L Phelps, 37245 County Road 439, Eustis, FL 32736; Kenneth D Herron, Herron Hill Law Group, Pllc, Po Box 2127, Orlando, FL 32802; Andrew Wit, 2102 West Cass St, 2nd Fl., Tampa, FL 33606; and via electronic transfer to the U.S. Trustee's Office, 400 W. Washington St, Ste. 1100, Orlando, FL 32801.

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee