

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/06/2024 11:15 AM

COURTROOM   6A, 6th Floor

**HONORABLE TIFFANY GEYER**

| CASE NUMBER: | FILING DATE: |
| --- | --- |
| **6:23-bk-05281-TPG           7** | **12/15/2023** |

**Chapter 7**

**DEBTOR:**   Stephen Phelps

**DEBTOR ATTY:**   Kenneth Herron

**TRUSTEE:**   Richard Webber

**HEARING:**

Preliminary Hearing:
Trustee's Amended Application to Employ Andrew J. Wit and the law firm of Wit Law, PLLC as Special Counsel (Doc #28) 2/16/24
Notes:
341 concluded 2/1/24
Claims Deadline: 5/6/24
Discharge Deadline: 3/18/24
Prior Bankruptcy Case:
98-11342 Ch 7 FLMB filed 12/29/98, Standard Discharge 5/27/99.

**APPEARANCES:**:
AAPPEARANCES: : Richard Webber: Trustee; Andrew Wit: Proposed Special Counsel;

 RULING :

Preliminary Hearing: Trustee's Amended Application to Employ Andrew J. Wit and the law firm of Wit Law, PLLC as Special Counsel (Doc #28) - Approved; Order by Webber;   (dh).
**RULING:**
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.