**ORDERED.**

Dated: March 12, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Stephen L. Phelps,

        Case No.: 6:23-bk-05281-TPG

Debtor.        Chapter 7

_____/

**ORDER APPROVING TRUSTEE'S
AMENDED APPLICATION TO EMPLOY ANDREW J. WIT
AND THE LAW FIRM OF WIT LAW, PLLC AS SPECIAL COUNSEL**

THIS CASE came on for a hearing on March 6, 2024, at 11:15 a.m. on the Application to Employ Andrew J. Wit and the law firm of Wit Law, PLLC as Special Counsel (the "Application") filed by Richard B. Webber II, as Chapter 7 Trustee (Doc. 28). The Court, after reviewing the Application and supporting declaration, hearing argument from interested parties at the hearing, finds that Andrew J. Wit and Wit Law, PLLC hold no interest adverse to the Debtor or the estate with respect to the matters upon which they are engaged, and that their employment is necessary and would be in the best interest of the estate. Accordingly, it is

    **ORDERED** that:

    1.    The Application (Doc. 28) is **APPROVED**.

2. The Trustee is authorized to employ Andrew J. Wit and the law firm of Wit Law, PLLC as requested in the Application, effective as of February 1, 2024, to perform the professional services set forth in the Application.

3. Compensation will be determined later in accordance with 11 U.S.C. § 330. The hourly rate in the Application is not guaranteed and is subject to review.

4. No payment may be made to Wit Law, PLLC absent submission of an application for compensation and Court approval thereof.

*Trustee Richard B. Webber II is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*