UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Stephen L. Phelps,　　　　　　　　　　　　　Case No.:  6:23-bk-05281-TPG
　　　　　　　　　　　　　　　　　　　　　　Chapter 7

　　　　　Debtor.
_____/

**UNITED STATES TRUSTEE'S UNOPPOSED MOTION TO
EXTEND TIME FOR FILING A MOTION TO DISMISS UNDER
11 U.S.C. § 707(b)(3) OR A COMPLAINT OBJECTING TO DISCHARGE**

　　　　Pursuant to Federal Rules of Bankruptcy Procedure 1017(e)(1) and 4004(b), Mary Ida Townson, United States Trustee for Region 21 ("UST"), by and through the undersigned counsel, requests that this Court extend the deadline for filing a Motion to Dismiss under 11 U.S.C. § 707(b)(3) and a Complaint Objecting to Discharge under 11 U.S.C. § 727 April 30, 2024.  The undersigned has conferred with counsel for the debtor and has agreed to the relief sought herein.  In support thereof, the UST states:

　　　　1.　　Stephen L. Phelps (the "Debtor") filed a Petition under Chapter 7 of the Bankruptcy Code on December 15, 2023 (Doc. No. 1).

　　　　2.　　On December 18, 2023, the UST appointed Richard B. Webber as the chapter 7 case trustee (the "Chapter 7 Trustee") and the § 341 meeting of creditors ("Meeting of Creditors") was scheduled for January 18, 2024, at 11:40 a.m.  The last day to oppose discharge or dischargeability is initially set for March 18, 2024. (Doc. No. 5).

　　　　3.　　The Meeting of Creditors was continued to February 1, 2024, when it was held and concluded.

4.      On January 5, 2024, the UST sent an email request for information to Kenneth Herron, Esq., counsel of record for the Debtor, seeking documentation regarding the Debtor's income, expenses, assets, liabilities, and business interests.  The UST requested the production of documents by January 18, 2024.

5.      On January 18, 2024, the UST received documents from Mr. Herron in response to its requests.  Certain documents, however, remain outstanding.

6.      On February 28, 2024, the undersigned filed the *United States Trustee's Agreed Notice of Taking 2004 Examination of Stephen L. Phelps Duces Tecum to be Held on March 26, 2024, at 10:00 a.m.* (the "Notice of Rule 2004 Examination") (Doc. No. 31).  Documents requested in Exhibit B of the Notice of Rule 2004 Examination are due on or before March 20, 2024.

7.      The time-period for filing a Motion to Dismiss under 11 U.S.C. § 707(b)(3) and for filing a Complaint Objecting to Discharge under 11 U.S.C. § 727 expires sixty (60) days after the first date set for the Meeting of Creditors.  Fed. R. Bankr. P. 1017(e)(1) and 4004(a).  The original deadline for an action under §§ 707(b)(3) and 727 will expire in the instant case on March 18, 2024.

8.      Accordingly, the United States Trustee requests an extension of time for filing Motion to Dismiss under 11 U.S.C. § 707(b)(3) and a Complaint Objecting to Discharge under 11 U.S.C. § 727 to April 30, 2024, which will allow for the scheduled Rule 2004 examination to proceed on March 26, 2024, give the undersigned an opportunity to further examine the Debtor's financial affairs, and review any documents produced thus far in addition to the expected document production requested within the Notice of Rule 2004 Examination.

9. If required, the UST may seek an additional extension of deadlines to (i) allow the Debtor to provide information and documents; (ii) conduct additional discovery, if necessary; and (iii) to obtain and review any additional documents that may be provided by the Debtors.

10. On February 21, 2024, Debtor's counsel consented via email communication to an extension of deadlines for the UST and Chapter 7 Trustee to April 30, 2024, thus this motion is unopposed.

11. The extension requested herein is not interposed for any improper purpose and will not prejudice any party.

WHEREFORE, the undersigned moves this Court for an Order extending the deadline for the UST and Chapter 7 Trustee to file a Motion to Dismiss under 11 U.S.C. § 707(b)(3) or a Complaint Objecting to Discharge under 11 U.S.C. § 727 until no earlier than April 30, 2024, and granting such other and further relief as is just and appropriate.

DATED: March 14, 2024.

RESPECTFULLY SUBMITTED,

MARY IDA TOWNSON
United States Trustee, Region 21

  /s/ Bryan E. Buenaventura
Bryan E. Buenaventura, Trial Attorney
Office of the United States Trustee
United States Department of Justice
George C. Young Federal Building
400 W. Washington Street, Suite 1100
Orlando, FL  32801
Telephone No.: (407) 648-6070
Mobile No.: (202) 934-4063
Facsimile No.: (407) 648-6323
Email: Bryan.Buenaventura@usdoj.gov
Florida Bar No.: 1022175

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Extend Time was served on or about March 14, 2024, on all parties appearing electronically via CM/ECF, or via First Class United States Mail, postage prepaid, on the following:

Stephen L. Phelps
37245 County Road 439
Eustis, FL 32736

                                                    */s/ Bryan E. Buenaventura*
                                           Bryan E. Buenaventura, Trial Attorney