UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Stephen L. Phelps,

    Debtor.

Case No.: 6:23-bk-05281-TPG
Chapter 7

_____/

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 2091-2 of the Local Rules for the United States Bankruptcy Court for the Middle District of Florida, the undersigned counsel hereby withdraws his appearance as counsel for creditors, Dustin Hart and Susan Hart (the "Harts"). Please serve all future pleadings and correspondence directed at Dustin Hart and Susan Hart to the following address:

**Dustin Hart and Susan Hart**
6404 Granada Island Avenue
Apollo Beach, Florida 33572

Respectfully submitted by:

**WIT LAW, PLLC**

2102 W. Cass St., Second Floor
Tampa, FL 33606

/s/ Andrew J. Wit
**Andrew J. Wit**
Fla. Bar No.: 1038525
awit@witlaw.com
(813) 522-6069

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on March 19, 2024, a true copy of the foregoing has been furnished via CM/ECF transmission to all parties currently registered to receive electronic notice in this matter. I FURTHER CERTIFY that a copy hereof will be served via U.S. Mail to the parties identified below:

| | |
|---|---|
| **Dustin Hart and Susan Hart**<br>6404 Granada Island Avenue<br>Apollo Beach, Florida 33572 | **Stephen L. Phelps**<br>37245 County Road 439<br>Eustis, Florida 32736 |

              /s/ Andrew J. Wit_____
              **Andrew J. Wit**