UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Stephen L. Phelps,                               Case No.: 8:23-bk-5281-TPG
                                                 Chapter 7
      Debtor.
_____/

**CROSS-NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM***

    Richard B. Webber II, as Chapter 7 Trustee for the Estate of Stephen L. Phelps ("Trustee"), by and through his undersigned counsel, and pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Rules for the United States Bankruptcy Court for the Middle District of Florida, hereby gives notice that he will participate in the examination of the Debtor, Stephen L. Phelps on **March 26, 2024 at 2:00 P.M., EST** via Zoom video conferencing technology. This is a cross-notice of the examination scheduled by counsel for the United States Trustee for Region 21 ("UST") and the UST will provide the Zoom link at least 24 hours in advance of the examination.

    The examination is being conducted pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1 of the United States Bankruptcy Court for the Middle District of Florida and will be taken before an office authorized to transcribe the Debtor's testimony. Pursuant to Local Rule 2004-1, no order is necessary. The scope of the examination will be as described in Rule 2004 of the Federal Rules of Bankruptcy Procedure. The examination will be both recorded by stenographic, audio, and/or electronic means. The examination is being taken for the purposes of discovery, for use at trial, or for such other and further purposes as are permitted under the applicable and governing rules. It is anticipated that the Trustee's examination may take up to an additional two hours beyond the time

estimated for the UST's examination, but may be continued from day to day until testimony is completed.

**Request for Copies of Documents Produced to the United States Trustee:** The Trustee requests that the Debtor, by way of his counsel, provide the Trustee copies of documents produced to the UST in response to the *United States Trustee's Agreed Notice of Taking 2004 Examination of Stephen L. Phelps Duces Tecum to be Held on March 26, 2024, At 10:00 A.M. EST* (Doc. 31) and any amended Rule 2004 Notices filed by the UST thereafter. The Trustee requests the documents be sent electronically to the undersigned counsel at awit@witlaw.com, or by any other electronic means as agreeable by the parties.

Respectfully submitted on March 19, 2024.   **WIT LAW, PLLC**
2102 W. Cass St., Second Floor
Tampa, FL 33606

/s/ *Andrew J. Wit*
     **Andrew J. Wit**
Florida Bar No.: 1038525
awit@witlaw.com
(813) 522-6069
*Special Counsel for Richard B. Webber II as Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 19, 2024, a true copy of the foregoing has been furnished via CM/ECF transmission to all parties currently registered to receive electronic notice in this matter. I FURTHER CERTIFY that a copy hereof will be served via U.S. Mail to the parties identified below:

**Stephen L. Phelps**
37245 County Road 439
Eustis, Florida 32736

/s/ Andrew J. Wit_____
**Andrew J. Wit**