UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,

Case No.: 6:23-BK-05281-TPG
Chapter 7

Debtor.
_____/

**CROSS-NOTICE OF REQUEST FOR COPIES
OF DOCUMENTS PRODUCED TO THE UNITED STATES TRUSTEE**

COMES NOW Susan P. Dinardi ("Ms. Dinardi"), a creditor and party in interest herein, by and through the undersigned counsel, here by makes this Request for Copies with respect to all documents requested by the United States Trustee in that certain *United States Trustee's Agreed Notice of Taking 2004 Examination of Stephen L. Phelps Duces Tecum to be held on March 26, 2024, at 10:00 A.M. EST* (the "Notice")(Doc. 31), and produced by the Debtor in accordance with the Notice. Ms. Dinardi requests that the Debtor, by way of his counsel, provide to her undersigned counsel, copies of documents produced to the United States Trustee in response to the Notice and any amended Rule 2004 Notices filed by the United States Trustee thereafter. Ms. Dinardi requests the documents be sent electronically to the undersigned counsel at michael.provenzale@lowndes-law.com, or by any other electronic means as agreeable by the parties.

/s/ Michael S. Provenzale
Michael S. Provenzale
Fla Bar. No. 0056834
LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, P.A.
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: 407-843-4600
Facsimile: 407-843-4444
E-mail: Michael.provenzale@lowndes-law.com
*Counsel for Susan P. Dinardi*

1

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 19, 2024, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and to the Debtor at the address below.

                                        */s/ Michael S. Provenzale*
                                         Michael S. Provenzale

Debtor:

Stephen L. Phelps
37245 County Road 439
Eustis FL 32736