United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-05281-TPG |
| Stephen L Phelps | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen L Phelps, 37245 County Road 439, Eustis, FL 32736-9062 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 20, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Wit | on behalf of Creditor Susan Hart awit@witlaw.com ajwit@icloud.com;Admin@witlaw.com |
| Andrew Wit | awit@witlaw.com ajwit@icloud.com;Admin@witlaw.com |
| Andrew Wit | on behalf of Creditor Dustin Hart awit@witlaw.com ajwit@icloud.com;Admin@witlaw.com |
| Bryan E Buenaventura | on behalf of U.S. Trustee United States Trustee - ORL7/13 bryan.buenaventura@usdoj.gov |
| Kenneth D Herron, Jr | on behalf of Debtor Stephen L Phelps chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Michael S Provenzale | on behalf of Creditor Susan P. Dinardi michael.provenzale@lowndes-law.com |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 18, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

| | |
|---|---|
| | anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| Michael S Provenzale | |
| | on behalf of Plaintiff Susan P. Dinardi michael.provenzale@lowndes-law.com anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| N James Turner | |
| | on behalf of Creditor Troy Kimball njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Creditor Anthony David Patterson njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Creditor Brett Pace njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Plaintiff Integrity Motors  LLC njtlaw@gmail.com, drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Plaintiff Anthony David Patterson njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Creditor Integrity Motors  LLC njtlaw@gmail.com, drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Plaintiff Brett Pace njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Creditor Lonnie Dean Waller njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Plaintiff Vincent Leland Miller njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Creditor Carlton Allderdice njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Plaintiff Todd Leland Ellis njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Plaintiff Craig Humes njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Creditor Craig Humes njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Creditor Vince Miller njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |
| | on behalf of Plaintiff Troy A Kimball njtlaw@gmail.com drabrams620@gmail.com |
| Richard B Webber | |
| | F001@ecfcbis.com  r.lee2023@aol.com;rwebber@zkslaw.com |
| Richard B Webber | |
| | on behalf of Trustee Richard B Webber F001@ecfcbis.com  r.lee2023@aol.com;rwebber@zkslaw.com |
| United States Trustee - ORL7/13 | |
| | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 25

**ORDERED.**

Dated: **March 16, 2024**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Stephen L. Phelps,   Case No.:  6:23-bk-05281-TPG
                     Chapter 7

   Debtor.
_____/

**ORDER GRANTING UNITED STATES TRUSTEE'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING A MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)(3) OR A COMPLAINT OBJECTING TO DISCHARGE (Doc. No. 42)**

THIS CASE came before the Court without a hearing for consideration of the United States Trustee's Unopposed Motion to Extend Time for Filing a Motion to Dismiss under 11 U.S.C. §707(b)(3) or a Complaint Objecting to Discharge filed on March 14, 2024 (Doc. No. 42; the "Motion").  The Court, having considered the Motion, the circumstances of the instant case, and the Debtor's consent to the Motion, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The deadline for the United States Trustee and Chapter 7 Trustee to file a Motion to Dismiss pursuant to 11 U.S.C. § 707(b)(3) and/or a Complaint Objecting to Discharge pursuant to 11 U.S.C. § 727 is hereby extended through and including **April 30, 2024**.

The Clerk is directed to serve a copy on all affected parties.