IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Orlando Division

In re: Stephen L. Phelps, Debtor.

Case No. 6:23-bk-05281-TPG

_____/

## CROSS-NOTICE OF RULE 2004 EXAMINATION DUCES TECUM

    Creditor, TROY A. KIMBALL by and through his undersigned counsel, and pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Rules for the United States Bankruptcy Court for the Middle District of Florida, hereby gives notice that he will participate in the examination of the Debtor, Stephen L. Phelps on March 26, 2024 at 2:00 P.M., EST via Zoom video conferencing technology. This is a cross-notice of the examination scheduled by counsel for the United States Trustee for Region 21 ("UST") and the UST will provide the Zoom link at least 24 hours in advance of the examination. The examination is being conducted pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1 of the United States Bankruptcy Court for the Middle District of Florida and will be taken before an office authorized to transcribe the Debtor's testimony. Pursuant to Local Rule 2004-1, no order is necessary. The scope of the examination will be as described in Rule 2004 of the Federal Rules of Bankruptcy Procedure.

    The examination will be both recorded by stenographic, audio, and/or electronic means. The examination is being taken for the purposes of discovery, for use at trial, or for such other and further purposes as are permitted under the applicable and governing rules. It is anticipated that the Trustee's examination may take up to an additional two hours beyond the time estimated for the UST's examination, but may be continued from day to day until testimony is completed.

Dated this 25 March 2024.

                                                  */s/ N. James Turner*  .
                                                  N. James Turner, Esquire
Counsel for Creditor, Troy A. Kimball
3670 Maguire Boulevard, Suite 310
Orlando, Florida  32803
(888) 877-5103
Email address:  njtlaw@gmail.com
Florida Bar No. 203041

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on 25 March 2024, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, Federal Rules of Bankruptcy Procedure, to all parties indicated on the electronic filing receipt, and to the Debtor at the address below.

                                                  */s/ N. James Turner*  .
                                                  N. James Turner, Esq.

Debtor:
Stephen L. Phelps
37245 County Road 439
Eustis FL 32736