## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 6:23-bk-05281-TPG
**Case Name:** Stephen L Phelps
**For Period Ending:** 03/31/2024

**Trustee Name:** (291030) Richard B. Webber II
**Date Filed (f) or Converted (c):** 12/15/2023 (f)
**§ 341(a) Meeting Date:** 01/18/2024
**Claims Bar Date:** 05/06/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 37245 County Road 439, Eustis, FL 32736, Lake County County | 1,050,183.00 | 0.00 | | 0.00 | FA |
| 2 | 2011 Jaguar XJL 4D VIN SAJWA2GB1BLV04392 | 7,500.00 | 0.00 | | 0.00 | FA |
| 3 | All household goods and belongings located at Debtor's homestead, including but not limited to major appliances, furniture, linens, china and kitchenware. Appraisal to be provided to Trustee. All assets are subject to the lien of $1,330,041.56 from RT - Royal Investments | 11,645.00 | 10,645.00 | | 0.00 | 11,645.00 |
| 4 | Everyday clothing | 250.00 | 250.00 | | 0.00 | FA |
| 5 | Miscellaneous equipment and tools located at Debtor's homestead. Appraisal to be provided to Trustee. *** All assets are subject to the lien of $1,330,041.56 from RT - Royal Investments *** | 5,725.00 | 5,725.00 | | 0.00 | 5,725.00 |
| 6 | Checking account: PNC Bank (3926) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account: PNC Bank (1498) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | FSD Hot Rod Ranch, LLC | 0.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 9 | Jack's Garage, LLC | 0.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 10 | Father, Son, & Daughter, LLC, 100% ownership | 0.00 | 2,000.00 | | 0.00 | 2,000.00 |
| **10** | **Assets    Totals**    (Excluding unknown values) | **$1,075,303.00** | **$22,620.00** | | **$0.00** | **$23,370.00** |

**Major Activities Affecting Case Closing:**

Hot Rod Ranch -- Classic Cars
Jaguar 2011 7500/8388 Betty Ferrero lien 10/19/23? For prior debt? Why?
Household goods there is equity of 10,000? Appraisal?
2/14/24 - app to employ Wit as spec counsel filed (DE 27)
2/16 - amd app to employ Wit filed (DE 28) - set for hearing 3/6/24 @ 11:15am (motion to appear via zoom filed (DE 32)-granted (DE 34) - granted 3/13 (DE 41)
2/25 - obj to exemptions filed (DE 29) - resp filed (DE 39) - NOH 5/1/24 @ 11:15am filed (DE 40)

**Initial Projected Date Of Final Report (TFR):**    02/28/2025        **Current Projected Date Of Final Report (TFR):**    02/28/2025

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 6:23-bk-05281-TPG  
**Case Name:** Stephen L Phelps  

**For Period Ending:** 03/31/2024

**Trustee Name:** (291030) Richard B. Webber II  
**Date Filed (f) or Converted (c):** 12/15/2023 (f)  
**§ 341(a) Meeting Date:** 01/18/2024  
**Claims Bar Date:** 05/06/2024

04/08/2024  
Date

/s/Richard B. Webber II  
Richard B. Webber II