UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

STEPHEN L. PHELPS,

    DEBTOR.
_____/

Case No. 6:23-bk-05281-TPG

Chapter 7

## MOTION TO QUASH SUBPOENA FOR IMPROPER SERVICE

**COMES NOW**, Pegasus Manor, LLC, by and through its undersigned attorney, and hereby file this Motion to Quash the subpoena issued to PNC Bank, National Association, and as grounds therefore would show:

1. Debtor filed a Petition under Chapter 7 of the Bankruptcy Code on December 15, 2023.

2. Richard B. Webber is the Chapter 7 Trustee assigned to this case. On March 14, 2024 this Court appointed Andrew Wit as special counsel to the Chapter 7 trustee (DE 41.)

3. Special Counsel served a subpoena on PNC Bank, National Association on April 19, 2024 requesting bank statements for Pegasus Manor, LLC, with a deadline for the production of documents requested of May 13, 2024 (the "Subpoena", DE 57).

4. Betty C. Ferrero (hereinafter "Ferrero) is the sole owner, sole Manager and the registered agent of Florida entity Pegasus Manor, LLC. (hereinafter "Pegasus"). (See attached Exhibit 1).

5. The Certificate of Service for the Subpoena reads as follows:

    CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 21, 2024, a true copy of the foregoing has been furnished via CM/ECF transmission to all parties currently registered to receive electronic notice and on April 19, 2024 by U.S. Mail to the parties identified below:

    Stephen L. Phelps 37245 County Road 439 Eustis, Florida 32736

    Via First-Class Mail PNC Bank, National Association c/o PNC Bank Subpoena Department 500 First Ave., Mailstop P7-PFSC-01-S Pittsburgh, PA 15219 Via Certified Mail, Return Receipt Requested.

6. As admitted in the certificate of service for the Subpoena, no service was made as to the owner, Manager, nor the registered agent of Pegasus.

7. The Subpoena commands the production of certain documents and records in the possession of PNC Bank, in part:

    Paragraph 3.

    And and all account statements and supporting documents, including but not limited to deposit slips, complete copies of cancelled checks, wire transfer confirmations and supporting documentation, debit memos and withdrawals with underlying support, and credit memos with underlying support for the Relevant Period for all of the following entities, for any account not otherwise listed in response to Request Nos 1 & 2:

        c.    Pegasus Manor, LLC – EIN: 93-3974267

8. This third-party subpoena was not properly served on the sole party which owns and controls the bank account that is the target of the subpoena.

WHEREFORE, Pegasus Manor, LLC respectfully requests this Court grant this Motion for Quash Special Counsel's subpoena for production of records as relates to Pegasus Manor, LLC, and for other relief the Court deems just and necessary.

<u>Declaration As to L.R. 7026-1 (c)</u>

The undersign certifies that he has reached out to the Movant as to this Motion and will update the docket once he receives a response and has conferred with Mr. Wit.

Date: May 12, 2024.

Respectfully submitted,
/s/ L. Todd Budgen
L. Todd Budgen
Budgen Law
Florida Bar No. 0296960
P.O. Box 520546
Longwood, FL 32752
Phone: (407) 481-2888
Attorney for Interested Party
Pegasus Manor, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Quash Subpoena has been provided by CM/ECF and US mail delivery on or before the 13th day of May, 2024 to:

Via US mail delivery:
Stephen L. Phelps, Debtor
37245 County Road 439
Eustis, FL. 32736

Via email and US Mail:
PNC Bank, National Association
c/o PNC Bank Subpoena Department
500 First Avenue, Mail Stop P7-PFSC-01-S
Pittsburgh, PA. 15219

Via CM/ECF to the Chapter 7 Trustee

Via CM/ECF to the Special Counsel to the Chapter 7 Trustee

All other CM/ECF parties.

/s/ l. Todd Budgen
L. Todd Budgen