UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

                                                                        Case No.:  6:23-bk-05281-TPG

STEPHEN L. PHELPS

                                                                        Chapter 7

      Debtor.

_____/

**AFFIDAVIT IN SUPPORT OF MOTIONS**
**TO QUASH AND FOR PROTECTIVE ORDER**

Betty C Ferrero, under U.S.C. Title 18 Penalty of Perjury, hereby states as follows:

1. My name is Betty C. Ferrero. I am over 18 years of age and have personal knowledge of the facts set forth herein. I am a U.S. Citizen and a resident of Florida.

2. Pegasus Manor, LLC (hereinafter "Pegasus") is a Limited Liability Corporation formed in Florida on or about October 16, 2023.

3. I have been the sole owner of Pegasus since its inception. There have been no other owners of Pegasus. Pegasus has had no parent corporation nor other owners.

4. The Debtor, Stephen Phelps, has never been an owner nor a Manager of Pegasus. He has never had signature authority for any bank accounts of Pegasus.

5. The first notice I and Pegasus received regard this Subpoena of its bank accounts was a letter from PNC bank received by U.S. Mail on Friday May 3, 2024.

FURTHER AFFIANT SAYETH NOT.

I do hereby verify under oath that the information contained in the foregoing Affidavit in Support of Motions to Quash and for Protective Order is true and correct to the best of my knowledge, information, and belief.

_____   May 12, 2024
Betty C Ferrero                                       Date

STATE OF FLORIDA
COUNTY OF __Lake__

BEFORE ME, the undersigned authority, personally appeared <u>Betty C Ferrero</u>, who produced <u>Florida Driver's License</u> as identification.

WITNESS my hand and seal this __12th__ day of May, 2024.



_____
NOTARY