UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

STEPHEN L. PHELPS,

      DEBTOR.
_____/

Case No. 6:23-bk-05281-TPG

Chapter 7

## MOTION FOR PROTECTIVE ORDER

**COMES NOW**, Pegasus Manor, LLC, by and through its undersigned attorney, and hereby files this Motion for Protective Order as to the subpoena issued to PNC Bank, National Association, and as grounds therefore would show:

1. Debtor filed a Petition under Chapter 7 of the Bankruptcy Code on December 15, 2023.

2. Richard B. Webber is the Chapter 7 Trustee assigned to this case. On March 14, 2024 this Court appointed Andrew Wit as special counsel to the Chapter 7 trustee (DE 41.)

3. Special Counsel served a subpoena on PNC Bank, National Association on April 19, 2024 requesting bank statements for Pegasus Manor, LLC, with a deadline for the production of documents requested of May 13, 2024 (the "Subpoena", DE 57).

4. Betty C. Ferrero (hereinafter "Ferrero) is the sole owner, sole Manager and the registered agent of Florida entity Pegasus Manor, LLC. (hereinafter "Pegasus"). (See attached Exhibit 1).

5. The Subpoena commands the production of certain documents and records in the possession of PNC Bank, in part:

> Paragraph 3.
>
> And and all account statements and supporting documents, including but not limited to deposit slips, complete copies of cancelled checks, wire transfer confirmations and supporting documentation, debit memos and withdrawals with underlying support, and credit memos with underlying support for the Relevant Period for all of the following entities, for any account not otherwise listed in response to Request Nos 1 & 2:
>
>     c.    Pegasus Manor, LLC – EIN: 93-3974267

8. There is no basis nor right of the Chapter 7 Trustee to request the bank statements of a non-debtor entity, an entity not owned nor managed by the Debtor. The request asks for private and confidential information of a non-party that is not situated before this bankruptcy Court. The request is not narrowly tailored or calculated to achieve a specific outcome related to litigation with the Debtor. The request is unduly burdensome in that it requests disclosure of an unrelated entity's otherwise private information.

WHEREFORE, Pegasus Manor, LLC respectfully requests this Court grant this Motion for Protective Order as to the Special Counsel's subpoena for production of records as relates to Pegasus Manor, LLC, that this Court prohibit any request to or production by PNC Bank regarding the bank records of Pegasus, and for other relief the Court deems just and necessary.

<u>Declaration As to L.R. 7026-1 (c)</u>

The undersign certifies that he has reached out to the Movant as to this Motion and will update the docket once he receives a response and has conferred with Mr. Wit.

Date: May 12, 2024.

>Respectfully submitted,
>/s/ L. Todd Budgen
>L. Todd Budgen
>Budgen Law
>Florida Bar No. 0296960
>P.O. Box 520546
>Longwood, FL 32752
>Phone: (407) 481-2888
>Attorney for Interested Party
>Pegasus Manor, LLC

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Quash Subpoena has been provided by CM/ECF and US mail delivery on or before the 13th day of May, 2024 to:

Via US mail delivery:
Stephen L. Phelps, Debtor
37245 County Road 439
Eustis, FL. 32736

Via email and US Mail:
PNC Bank, National Association
c/o PNC Bank Subpoena Department
500 First Avenue, Mail Stop P7-PFSC-01-S
Pittsburgh, PA. 15219

Via CM/ECF to the Chapter 7 Trustee

Via CM/ECF to the Special Counsel to the Chapter 7 Trustee

All other CM/ECF parties.

>/s/ L. Todd Budgen
>L. Todd Budgen