**[dntcclm]**[Notice of Claim(s) filed by Debtor/Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No. 6:23−bk−05281−TPG
                                                                        Chapter 7

Stephen L Phelps




_____Debtor\*_____/


NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE

TO:

The Estate of Lee W. Krejci
12851 Olde Banyon Blvd
North Fort Myers, FL 33903

   Notice is given pursuant to Fed. R. Bankr. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on May 14, 2024, in the amount of $57,000.00.  The filing of a proof of claim by you, according to Fed. R. Bankr. P. 3002(c) or 3003(c), shall supersede the proof of claim filed by the Debtor(s)/Trustee.


     Dated on May 15, 2024.


                              FOR THE COURT
                              Sheryl L. Loesch, Clerk of Court
                              George C. Young Federal Courthouse
                              400 West Washington Street
                              Suite 5100
                              Orlando, FL 32801

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.