United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-05281-TPG |
| Stephen L Phelps | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 3 |
| Date Rcvd: May 16, 2024 | Form ID: pdfADInt | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen L Phelps, 37245 County Road 439, Eustis, FL 32736-9062 |
| 30934791 | + | The Estate of Lee W. Krejci, 12851 Olde Banyon Blvd, North Fort Myers, FL 33903-7129 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 18, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Wit | on behalf of Trustee Richard B Webber awit@witlaw.com ajwit@icloud.com;Admin@witlaw.com |
| Andrew Wit | on behalf of Spec. Counsel Andrew Wit awit@witlaw.com ajwit@icloud.com;Admin@witlaw.com |
| Andrew Wit | awit@witlaw.com ajwit@icloud.com;Admin@witlaw.com |
| Bryan E Buenaventura | on behalf of U.S. Trustee United States Trustee - ORL7/13 bryan.buenaventura@usdoj.gov Brandy.Gasaway@usdoj.gov |
| Kenneth D Herron, Jr | on behalf of Defendant Stephen L Phelps chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Kenneth D Herron, Jr | on behalf of Defendant Eunice Lorene Phelps chip@herronhilllaw.com |

District/off: 113A-6  User: admin  Page 2 of 3
Date Rcvd: May 16, 2024  Form ID: pdfADInt  Total Noticed: 2

| | |
|---|---|
| | chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Kenneth D Herron, Jr | on behalf of Defendant Eunice Loreanna Phelps chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Kenneth D Herron, Jr | on behalf of Debtor Stephen L Phelps chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Kenneth D Herron, Jr | on behalf of Defendant Joshua Phelps chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Kenneth D Herron, Jr | on behalf of Defendant Betty Corrine Ferrero a/k/a Beth Sobol chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| L Todd Budgen | on behalf of Interested Party Pegasus Manor LLC tbudgen@mybankruptcyfirm.com, ltbudgen@ecf.courtdrive.com;bnc@mybankruptcyfirm.com |
| Michael S Provenzale | on behalf of Plaintiff Susan P. Dinardi michael.provenzale@lowndes-law.com anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| Michael S Provenzale | on behalf of Creditor Susan P. Dinardi michael.provenzale@lowndes-law.com anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| N James Turner | on behalf of Creditor Anthony David Patterson njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Creditor Integrity Motors LLC njtlaw@gmail.com, drabrams620@gmail.com |
| N James Turner | on behalf of Creditor Lonnie Dean Waller njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Defendant Betty Corrine Ferrero a/k/a Beth Sobol njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Defendant Eunice Loreanna Phelps njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Creditor Vince Miller njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Creditor Troy Kimball njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Creditor Brett Pace njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Plaintiff Todd Ellis njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Defendant Joshua Phelps njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Plaintiff Integrity Motors LLC njtlaw@gmail.com, drabrams620@gmail.com |
| N James Turner | on behalf of Defendant Stephen L Phelps njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Plaintiff Anthony David Patterson njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Plaintiff Brett Pace njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Creditor Carlton Allderdice njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Plaintiff Vincent Leland Miller njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Plaintiff Craig Humes njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | on behalf of Creditor Craig Humes njtlaw@gmail.com drabrams620@gmail.com |
| N James Turner | |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 3 of 3 |
| Date Rcvd: May 16, 2024 | Form ID: pdfADInt | Total Noticed: 2 |

        on behalf of Plaintiff Troy A Kimball njtlaw@gmail.com  drabrams620@gmail.com

Richard B Webber
        on behalf of Trustee Richard B Webber F001@ecfcbis.com  r.lee2023@aol.com;Trusteewebber@gmail.com

Richard B Webber
        F001@ecfcbis.com  r.lee2023@aol.com;Trusteewebber@gmail.com

United States Trustee - ORL7/13
        USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 35

**[dntcclm]**[Notice of Claim(s) filed by Debtor/Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                   Case No. 6:23−bk−05281−TPG
                                                                               Chapter 7

Stephen L Phelps

          _____Debtor*_____/

NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE

TO:

The Estate of Lee W. Krejci
12851 Olde Banyon Blvd
North Fort Myers, FL 33903

    Notice is given pursuant to Fed. R. Bankr. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on May 14, 2024, in the amount of $57,000.00.  The filing of a proof of claim by you, according to Fed. R. Bankr. P. 3002(c) or 3003(c), shall supersede the proof of claim filed by the Debtor(s)/Trustee.

    Dated on May 15, 2024.

                                FOR THE COURT
                                Sheryl L. Loesch, Clerk of Court
                                George C. Young Federal Courthouse
                                400 West Washington Street
                                Suite 5100
                                Orlando, FL 32801

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.