UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Stephen L. Phelps,                                   Case No.:  6:23-bk-05281-TPG

   Debtor.                                           Chapter 7

_____/

## UNITED STATES TRUSTEE'S REQUEST FOR COPIES

Mary Ida Townson, the United States Trustee for Region 21 ("United States Trustee"), by and through the undersigned counsel, hereby requests that legible copies be provided to the undersigned counsel of each item furnished to the Chapter 7 Trustee, Richard B. Webber II, and his Special counsel, Andrew J. Wit of Wit Law, PLLC, in response to the following:

| Document Request | Doc. No. |
|---|---|
| Notice of Service of Subpoena for Rule 2004 Examination to PNC Bank, National Association | 57 |

(collectively, the "Documents").

The United States Trustee consents to receiving an electronic copy of the Documents via email addressed to the undersigned counsel, Bryan E. Buenaventura at Bryan.Buenaventura@usdoj.gov, or by any other electronic means as mutually agreed.

Dated:  June 7, 2024.

Respectfully Submitted,

                                        MARY IDA TOWNSON,
                                      UNITED STATES TRUSTEE, REGION 21

                                      */s/  Bryan Edgar Buenaventura*
                                      Bryan E. Buenaventura, Trial Attorney
                                      Florida Bar No.: 1022175
                                      Office of the United States Trustee
                                      U.S. Department of Justice
                                      Timberlake Federal Annex Building
                                      501 East Polk Street, Suite 1200
                                      Tampa, FL 33602
                                      Telephone No.: (407) 648-6070
                                      Facsimile No.: (407) 648-6323
                                      Bryan.Buenaventura@usdoj.gov


## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically through CM/ECF and/or U.S. Mail on June 7, 2024 to the following parties:

Stephen L. Phelps
37245 County Road 439
Eustis, FL 32736


                                      */s/  Bryan Edgar Buenaventura*
                                      Bryan E, Buenaventura, Trial Attorney