UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

STEPHEN L. PHELPS,

    Debtor(s).
_____/

Case No.: 6:23-bk-05281-TPG

Chapter 7

NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Tiffany A. Geyer will conduct a preliminary hearing in this case and it will be held on August 7, 2024 at 11:15 a.m. at. Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL. 32801 the following matters:

   **Motion to Quash Subpoena for Improper Service (Doc 68)**

   **Motion for Protective Order (Doc 69)**

2. All parties may attend the hearing in person. Parties are direct to consult the Procedures Governing Court Appearances regrading the Court's policies and procedures for attendance by Zoom, available at: https://www.flmb.uscourts.gov/judges/geyer or call 407-237-8111.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

DATED: June 13, 2024.

                              /s/ L. Todd Budgen
                              L Todd Budgen
                              FL Bar #0296960
                              P.O. Box 520546
                              Longwood, FL 32752
                              Phone: (407) 232-9118
                              TBudgen@MyBankruptcyFirm.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing Motion has been served by CM/ECF on or before June 13, 2024, to parties including but not limited to the U.S. Trustee, counsel for the Debtor and all CM/ECF parties.

                                              /s/ L. Todd Budgen
                                              L. Todd Budgen