UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Stephen L. Phelps,　　　　　　　　　　　　　Case No.:  6:23-bk-05281-TPG
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　Debtor.
_____/

**UNITED STATES TRUSTEE'S
THIRD UNOPPOSED MOTION TO EXTEND
TIME FOR UNITED STATES TRUSTEE AND CHAPTER 7
TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

　　　　Pursuant to Federal Rules of Bankruptcy Procedure 4004(b), Mary Ida Townson, United States Trustee for Region 21 ("UST"), by and through the undersigned counsel, requests that this Court to further extend the deadline for both the UST and Chapter 7 Trustee to file a Complaint Objecting to Discharge under 11 U.S.C. § 727 for an additional ninety (90) days or until **September 30, 2024**.  The undersigned has conferred with Mr. Kennth Herron, Esq., counsel for the debtor, and has agreed to the relief sought herein.  In support thereof, the UST states:

　　　　1.　　Stephen L. Phelps (the "Debtor") filed a Petition under Chapter 7 of the Bankruptcy Code on December 15, 2023 (Doc. No. 1).

　　　　2.　　On December 18, 2023, the UST appointed Richard B. Webber as the chapter 7 case trustee (the "Chapter 7 Trustee").

　　　　3.　　 On March 19, 2024, the UST filed the Amended Agreed Notice of 2004 Examination of the Debtor setting the remote examination of the Debtor to take place on March 26, 2024, and requiring documents to be produced by March 20, 2024 (Doc. No. 45).

　　　　4.　　On March 26, 2024, the UST held the Bankruptcy Rule 2004 examination of the Debtor where Debtor, Debtor's counsel, and the participating cross noticing parties, including

the Chapter 7 Trustee and his special counsel, attended. While the UST conducted an extensive examination of the Debtor, due to time constraints, the UST along with the consent of the Debtor, agreed to return for a continued Rule 2004 exam for Tuesday, April 23, 2024, at 11:00 a.m.

5. On April 23, 2024, the UST held the continued Bankruptcy Rule 2004 examination of the Debtor. At the continued Bankruptcy Rule 2004 examination session, the UST requested additional supplemental documentation from the Debtor and further continued the Bankruptcy Rule 2004 examination to a later date that would be agreeable to the parties.

6. On April 17, 2024, the UST filed its Second Unopposed Motion to Extend Time to Object to Discharge that requested an agreed extension through July 1, 2024 ("Second Extension") (Doc. No. 55)

7. On April 26, 2024, the Court granted the Second Extension, granting the relevant deadlines as to the UST and Chapter 7 Trustee until July 1, 2024 ("Current Deadline") (Doc. No. 59)

8. On June 7, 2024, the UST filed an Agreed Notice of Continued 2004 Examination of Stephen L. Phelps, which set the Debtor's third Bankruptcy Rule 2004 examination for June 25, 2024, at 10:00 a.m. (Doc. No. 76). The Agreed Notice further requested the production of supplemental documents on or before June 18, 2024.

9. To date, the supplemental documents requested in the Agreed Notice remain outstanding. The undersigned, however, has been in communication with Debtor's counsel, Mr. Kenneth Herron, Esq., regarding the status of same and has advised that the continued Rule 2004 examination will be rescheduled until such time as the outstanding documents can be produced and reviewed.

10. On June 24, 2024, Debtor's counsel, Mr. Herron, via email communication to the undersigned, consented to a further extension of the §727 deadline as to the UST and Chapter 7 Trustee. Therefore, the instant motion for an extension of the §727 deadline for an additional 90 days[1] is unopposed.

11. Accordingly, the United States Trustee requests an extension of time for both the UST and Chapter 7 Trustee to file a Complaint Objecting to Discharge under 11 U.S.C. § 727 to September 30, 2024, which will allow for outstanding documents to be produced, the third scheduled Rule 2004 examination to proceed, give the undersigned an opportunity to further examine the Debtor's financial affairs, allow any cross noticing parties, including the Chapter 7 Trustee, to participate in the continued Rule 2004 exam, and review any documents produced thus far in connection with the 2004 examination.

12. If required, the UST may seek an additional extension of deadlines to (i) allow the Debtor to provide information and documents; (ii) conduct additional discovery, if necessary; and (iii) to obtain and review any additional documents that may be provided by the Debtor.

13. The extension requested herein is not interposed for any improper purpose and will not prejudice any party.

WHEREFORE, the undersigned moves this Court for an Order extending the deadline for the UST and Chapter 7 Trustee to file a Complaint Objecting to Discharge under 11 U.S.C. § 727 until no earlier than **September 30, 2024**, and granting such other and further relief as is just and appropriate.

DATED: June 26, 2024.

---

[1] 90 days from the Current Deadline falls on Sunday, September 29, 2024. Pursuant to FRBP 9006(a)(1)(c), the deadline is extended to the next regular business day, or September 30, 2024.

RESPECTFULLY SUBMITTED,

MARY IDA TOWNSON
United States Trustee, Region 21

  */s/ Bryan E. Buenaventura*
Bryan E. Buenaventura, Trial Attorney
Florida Bar No.: 1022175
Office of the United States Trustee
United States Department of Justice
Timberlake Federal Annex Building
501 East Polk Street, Suite 1200
Tampa, FL 33602
Direct: (813) 228-2174
Mobile No.: (202) 934-4063
Email: Bryan.Buenaventura@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Extend Time was served on or about June 26, 2024, on all parties appearing electronically via CM/ECF, or via First Class United States Mail, postage prepaid, on the following:

Stephen L. Phelps
37245 County Road 439
Eustis, FL 32736

  */s/ Bryan E. Buenaventura*
Bryan E. Buenaventura, Trial Attorney