**ORDERED.**

Dated: June 27, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Stephen L. Phelps,   Case No.:  6:23-bk-05281-TPG
                     Chapter 7

　　　　Debtor.
_____/

**ORDER GRANTING
UNITED STATES TRUSTEE'S THIRD
UNOPPOSED MOTION TO EXTEND TIME FOR
UNITED STATES TRUSTEE AND CHAPTER 7 TRUSTEE TO
FILE A COMPLAINT OBJECTING TO DISCHARGE (Doc. No. 80)**

THIS CASE came before the Court without a hearing for consideration of the United States Trustee's Third Unopposed Motion to Extend Time for United States Trustee and Chapter 7 Trustee to File a Complaint Objecting to Discharge filed on June 26, 2024 (Doc. No. 80; the "Motion").  The Court, having considered the Motion, the circumstances of the instant case, and the Debtor's consent to the Motion, it is

**ORDERED:**

1.　　The Motion is **GRANTED**.

2.　　The deadline for the United States Trustee and Chapter 7 Trustee to file a Complaint Objecting to Discharge pursuant to 11 U.S.C. § 727 is hereby further extended through and including **September 30, 2024**.

The Clerk is directed to serve a copy on all affected parties.