**ORDERED.**

Dated: August 07, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:

Stephen L. Phelps,

Debtor.

Case No.: 6:23-bk-05281-TPG
Chapter 7

_____/

**AGREED ORDER DENYING PEGASUS MANOR, LLC'S
MOTION TO QUASH SUBPOENA FOR IMPROPER SERVICE
(Doc. 68)**

THIS CASE came on without a hearing on the *Motion to Quash Subpoena for Improper Service* (Doc. 68) (the "Motion") filed by Pegasus Manor, LLC ("PM"). The Court has considered the Motion and the *Trustee's Combined Response in Opposition to Motion to Quash and Motion for Protective Order* ("Response") (Doc. 73) filed by Richard B. Webber II as Chapter 7 Trustee ("Trustee"). In accordance with Local Rule 9072-1(d)(4) of the Local Rules for the United States Bankruptcy Court for the Middle District of Florida, by submission of this Order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED** that:

1. The Motion (Doc. 68) is **DENIED** without prejudice.

2. The hearing on the Motion scheduled for August 7, 2024, at 11:15 AM is cancelled.

3. This Order resolves all issues pending between the Trustee and PM regarding the Rule 2004 Request, PM's Motion, and the Trustee's Response.

*Attorney L. Todd Budgen is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*