**ORDERED.**

Dated: August 07, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:

Stephen L. Phelps,

Debtor.
_____/

Case No.: 6:23-bk-05281-TPG
Chapter 7

**AGREED ORDER ON
PEGASUS MANOR, LLC'S MOTION FOR PROTECTIVE ORDER
(Doc. 69)**

THIS CASE came on without a hearing on the *Motion for Protective Order* (Doc. 69) (the "Motion") filed by Pegasus Manor, LLC ("PM"). The Court has considered the Motion and the *Trustee's Combined Response in Opposition to Motion to Quash and Motion for Protective Order* ("Response") (Doc. 73) filed by Richard B. Webber II as Chapter 7 Trustee ("Trustee"). In accordance with Local Rule 9072-1(d)(4) of the Local Rules for the United States Bankruptcy Court for the Middle District of Florida, by submission of this Order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED** that:

1. The Motion (Doc. 69) is **GRANTED** as set forth herein.

2. The Trustee agrees to withdraw certain document requests in the Trustee's Subpoena *Duces Tecum* for Rule 2004 Examination of PNC Bank NA (Doc. 57) ("Rule 2004 Request") to the extent a request seeks bank account records of PM.

3. PM shall provide the Trustee: (i) the last four digits of any accounts that PM has with PNC Bank NA, and (ii) an affidavit to the satisfaction of the Trustee that PM did not make any pre-petition payments to the Debtor for use of the Debtor's real property and identifying any work performed on the Debtor's property for PM.

4. This Order only limits the documents that may be produced to the Trustee by PNC Bank NA pursuant to his Rule 2004 Request that have already been served and does not preclude the Trustee from serving additional Rule 2004 requests to PM or another party at the Trustee's discretion. Moreover, nothing in this Order waives any objection that PM may raise to future Rule 2004 requests.

5. Nothing in this order affects PNC Bank NA's response to the Rule 2004 Request, nor does it preclude PNC Bank NA or any other party from producing documents in response to future Rule 2004 discovery.

6. The hearing on the Motion scheduled for August 7, 2024, at 11:15 AM is cancelled.

7. This Order resolves all issues pending between the Trustee and PM regarding the Rule 2004 Request, PM's Motion, and the Trustee's Response.

*Attorney L. Todd Budgen is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*