

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/07/2024 11:15 AM

COURTROOM   6A, 6th Floor

HONORABLE TIFFANY GEYER

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-05281-TPG** | **7** | **12/15/2023** |

**Chapter 7**

**DEBTOR:**   Stephen Phelps

**DEBTOR ATTY:**   Kenneth Herron

**TRUSTEE:**   Richard Webber

**HEARING:**

Preliminary Hearing:
  Trustee's Objection to Debtor's Claim of Exemptions (Doc #29) 2/25/24
Debtor's Response (Doc #39) 3/7/24

Notes: 5/1
341 concluded 2/1/24
Claims Deadline: 5/6/24
Discharge Deadline: 7/1/24
Prior Bankruptcy Case:
98-11342 Ch. 7 FLMB filed 12/29/98, Standard Discharge 5/27/99.

**APPEARANCES:**:   Kenneth Herron: Debtor Attorney; Andrew Wit: Trustee Attorney;

**RULING:**

Preliminary Hearing:   Trustee's Objection to Debtor's Claim of Exemptions (Doc #29) - Debtor's Response (Doc #39) - Continued to further hearing scheduled for September 26, 2024, at 2:00 p.m. (AOCNFNG);

(dh).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.