UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,

    Debtor.
_____/

Case No.: 6:23-BK-05281-TPG
Chapter 7

Adv. Pro No: 6:24-ap-00031-TPG

SUSAN P. DINARDI,

    Plaintiff,
Vs.

STEPHEN L. PHELPS,

    Defendant
_____/

**CERTIFICATE OF SERVICE OF ORDER**

I HEREBY CERTIFY that on this 13th day of September, 2024, to the extent that the attached *ORDER DENYING MOTION TO DISMISS COMPLAINT* (Doc. #13) was not served electronically via the CM/ECF System, I have caused a copy of the same to be served via first class mail to Stephen L. Phelps, Debtor, 37245 County Road 439, Eustis, FL 32736, and all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

    */s/ Michael S. Provenzale*
    Michael S. Provenzale
    Florida Bar No. 0056834
    Lowndes, Drosdick, Doster,
    Kantor & Reed, P.A.
    Post Office Box 2809
    Orlando, Florida 32802-2809
    Tel: (407) 843-4600
    Fax: (407) 843-4444
    michael.provenzale@lowndes-law.com
    litcontrol@lowndes-law.com
    anne.fisher@lowndes-law.com
    *Counsel for Susan P. Dinardi*

**ORDERED.**

Dated:  September 12, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,

    Debtor.
_____/

Case No.: 6:23-BK-05281-TPG
Chapter 7

Adv. Pro No: 6:24-ap-00031-TPG

SUSAN P. DINARDI,

    Plaintiff,
Vs.

STEPHEN L. PHELPS,

    Defendant
_____/

**ORDER DENYING MOTION TO DISMISS COMPLAINT**

THIS CASE came before the Court on June 18, 2024, on the *Motion to Dismiss* (the "Motion") (Doc. 4), filed by Defendant/Debtor, STEPHEN L. PHELPS ("Defendant"), and this Court, having heard arguments of counsel and been fully advised in the premises, it is

**ORDERED**:

1

1. The Motion is **DENIED** in accordance with the oral ruling announced by the Court during the September 4, 2024 status conference on the Motion.

2. Defendant shall have fourteen (14) days from the date of this Order to file an Answer to the *Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A)* filed on March 18, 2024 in the above-captioned action.

###

*Attorney Michael S. Provenzale is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*