UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Stephen L. Phelps,

    Debtor.

Case No.: 6:23-bk-05281-TPG
Chapter 7

_____/

**AGREED MOTION TO CONTINUE THE OCTOBER 3, 2024,
HEARING AND REQUEST FOR EXPEDITED CONSIDERATION**

    Andrew J. Wit ("Movant"), special counsel for Richard B. Webber, II as Chapter 7 Trustee ("Trustee") for the estate of Stephen L. Phelps, hereby moves the Court for a continuance of the hearing scheduled for October 3, 2024, at 2:00 p.m. (the "Hearing") and states as follows:

    1.    On February 25, 2024, the Trustee filed his Objection to Property Claimed as Exempt by Debtor ("Objection") (Doc. No. 29), which was set for a preliminary hearing on September 26, 2024, at 2:00 p.m.

    2.    On September 25, 2024, a District Notice of Rescheduled Hearing was filed (Doc. No. 91) where the preliminary hearing originally scheduled for September 26, 2024, was rescheduled to October 3, 2024, at 2:00 p.m.

    3.    Due to preexisting obligations, the undersigned counsel is unable to attend the Hearing. Additionally, the Hearing is preliminary, and it is likely that the hearing on the Trustee's Objection will be continued until after the Debtor's Rule 2004 examination is scheduled to conclude on October 24, 2024.

    4.    Movant has spoken with Debtor's Counsel who indicated that he has no objection to continue the Hearing. Further, continuing the hearing to a date on or after

November 1, 2024, will allow the Trustee to conclude the Rule 2004 examination of the Debtor and be able to present substantive argument on the Objection.

5. Accordingly, Movant respectfully requests the Court enter an order granting this Motion and continuing the Hearing to a date on or after November 1, 2024.

WHEREFORE, Movant respectfully requests entry of an order granting a continuance of the Hearing scheduled for October 3, 2024, to after November 1, 2024.

Dated: October 1, 2024

Respectfully submitted,

**WIT LAW, PLLC**
2102 W. Cass St., Second Floor
Tampa, FL 33606

*/s/ Andrew J. Wit*
**Andrew J. Wit**
Fla. Bar No.: 1038525
awit@witlaw.com
(813) 522-6069
*Special Counsel for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2024, a true and correct copy of the foregoing was furnished by CM/ECF to all parties registered to receive electronic notice.

*/s/ Andrew J. Wit*
**Andrew J. Wit**