[Doeoddd] [District Order Granting Motion to Extend Time to Object to Discharge and/or Dischargeability and/or File a Motion to Dismiss]

ORDERED.

**Dated: October 25, 2024**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                                 Case No.
                                                                                                       6:23−bk−05281−TPG
                                                                                                       Chapter 7

Stephen L Phelps

_____Debtor*_____/

### ORDER GRANTING MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE

   THIS CASE came on for consideration, without hearing, of the Motion to Extend Time to Object to the Discharge filed by United States Trustee on September 25, 2024 (Document No. 93) (the "Motion"). After reviewing the Motion, it is

   ***ORDERED:***

   1. The Motion is ***GRANTED***.

   2. The deadline for the Movant and United States Trustee to file a Complaint to Object to the Discharge is extended until ***December 30, 2024***.

   3. The Court will grant no further extensions except upon Debtor's consent or after a hearing with notice to the Debtor.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.