

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/14/2024 10:30 AM

COURTROOM 6A, 6th Floor

**HONORABLE TIFFANY GEYER**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-05281-TPG** | **7** | **12/15/2023** |

**Chapter 7**

**DEBTOR:** Stephen Phelps

**DEBTOR ATTY:** Kenneth Herron

**TRUSTEE:** Richard Webber

**HEARING:**

Continued Preliminary Hearing:
Trustee's Objection to Debtor's Claim of Exemptions (Doc #29) 2/25/24
Debtor's Response (Doc #39) 3/7/24

Notes: 5/1, 8/7
341 concluded 2/1/24
Claims Deadline: 5/6/24
Discharge Deadline: 7/1/24
Prior Bankruptcy Case:
98-11342 Ch. 7 FLMB filed 12/29/98, Standard Discharge 5/27/99.

**APPEARANCES:**:
AAPPEARANCES: : Kenneth Herron: Debtor Attorney; Scott Bomkamp: U.S. Trustee; Andrew Wit: Trustee Attorney;

**RULING:**

Continued Preliminary Hearing: Trustee's Objection to Debtor's Claim of Exemptions (Doc #29) - Debtor's Response (Doc #39) - Chambers will enter an Order Scheduling Trial for March 27, 2025, at 10:00 AM;   (dh).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.