**[Dntcdrds]** [Notice of Denial/Revocation of Discharge(BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:23−bk−05281−TPG
Chapter 7

Stephen L Phelps

_____Debtor*_____/

## NOTICE OF DENIAL OF DISCHARGE

PLEASE TAKE NOTICE that on March 6, 2025 the Court entered an order in Adversary Proceeding 6:24−ap−138−TPG which provided that the discharge of Debtor Stephen L Phelps is denied pursuant to 11 U.S.C. § 727.

Dated: March 6, 2025

FOR THE COURT
Jose A Rodriguez , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.