UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Stephen L. Phelps,

    Debtor.

Case No.: 6:23-bk-05281-TPG
Chapter 7

_____/

**AGREED MOTION TO CONTINUE THE TRIAL ON THE TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT BY DEBTOR**

    Richard B. Webber, II as Chapter 7 Trustee ("Trustee") for the estate of Stephen L. Phelps ("Debtor"), hereby moves the Court for a continuance of the trial scheduled for March 27, 2025, at 10:00 a.m. on the Trustee's Objection to Property Claimed as Exempt by Debtor (the "Trial") and states as follows:

    1.    On February 25, 2024, the Trustee filed his *Objection to Property Claimed as Exempt by Debtor* ("Objection") (Doc. 29), which was set for a preliminary hearing on September 26, 2024, at 2:00 p.m.

    2.    Due to court closures resulting from hurricanes, the preliminary hearing on the Trustee's Objection was held on November 14, 2024.

    3.    On November 19, 2024, the Court entered an *Order Scheduling Trial* (Doc. 103), which set the date for the Trial.

    4.    The Trustee requires additional time to finish discovery and analyze Debtor's financial affairs prior to the Trial to support his Objection.

    5.    Further, the Trustee's counsel is the lead counsel in a trial that, on March 13, 2025, was set for a two-week trial period beginning March 24, 2025, in the Twelfth Judicial Circuit in Sarasota, Florida.

6. The Trustee's counsel has spoken with Debtor's counsel who indicated that he has no objection to continuing the Trial.

7. Accordingly, the Trustee respectfully requests the Court enter an order granting this Motion and continuing the Trial to a date to be determined by the parties. The Trustee will coordinate a new trial date with Debtor's counsel or request a date for a status conference.

WHEREFORE, Movant respectfully requests entry of an order granting this Motion and continuing the Trial.

### FILER'S ATTESTATION

Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Andrew J. Wit attests that concurrence in the filing of this paper has been obtained from counsel for the Debtor.

Dated: March 19, 2025

Respectfully submitted,

**JENNIS MORSE**
606 East Madison Street
Tampa, FL 33602

*/s/ Andrew J. Wit*
**Andrew J. Wit**
Fla. Bar No.: 1038525
awit@jennislaw.com
(813) 229-2800
*Special Counsel for Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which furnishes a copy to all parties registered to receive electronic notice.

*/s/ Andrew J. Wit*
**Andrew J. Wit**