**ORDERED.**

Dated: March 20, 2025

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Stephen L. Phelps,

    Debtor.

_____/

Case No.: 6:23-bk-05281-TPG
Chapter 7

## ORDER GRANTING TRUSTEE'S AGREED MOTION TO CONTINUE TRIAL
*(Doc. 110)*

THIS CASE came before for the Court without a hearing on the *Agreed Motion to Continue the Trial on the Trustee's Objection to Property Claimed as Exempt by Debtor* (Doc. 110) (the "**Motion**") filed by Richard B. Webber, II as chapter 7 trustee for the estate of Stephen L. Phelps ("**Trustee**"). The Court, having reviewed the Motion, the record in this case, and otherwise being fully advised in the premises, finds it appropriate to grant the relief requested. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED.**

2. The trial scheduled for March 27, 2025, at 10:00 a.m. on the Trustee's Objection to Property Claimed as Exempt by Debtor is cancelled and will be continued to a later date.

*Attorney Andrew Wit is directed to serve a copy of this order on all interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.*