United States Bankruptcy Court
Middle District of Florida

In re:  
Stephen L Phelps  
    Debtor

Case No. 23-05281-TPG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6      User: admin      Page 1 of 3  
Date Rcvd: Mar 20, 2025      Form ID: pdfdoc      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen L Phelps, 37245 County Road 439, Eustis, FL 32736-9062 |
| cr | + | Anthony David Patterson, 3670 Maguire Boulevard, Ste 310, Suite 220, Orlando, FL, FL 32803, UNITED STATES 32803-3050 |
| cr | + | Brett Pace, 3670 Maguire Boulevard, Ste 310, Suite 220, Orlando, FL, FL 32803, UNITED STATES 32803-3050 |
| cr | + | Carlton Allderdice, Debt Relief Law Center, 3670 Maguire Boulevard, Suite 310, Orlando, FL 32801 UNITED STATES 32803-3050 |
| cr | + | Craig Humes, 3670 Maguire Boulevard, Ste 310, Suite 220, Orlando, FL, FL 32803, UNITED STATES 32803-3050 |
| cr | + | Dustin Hart, c/o Wit Law, PLLC, 2102 W. Cass St., Tampa, FL 33606-1247 |
| cr | + | Integrity Motors, LLC, 3670 Maguire Boulevard, Ste 310, Suite 220, Orlando, FL, FL 32803, UNITED STATES 32803-3050 |
| cr | + | Jeff and Mary Mollison, 118 Cumberland Street, Newport, NC 28570-4552 |
| cr | + | Lonnie Dean Waller, 3670 Maguire Boulevard, Ste 310, Suite 220, Orlando, FL, FL 32803, UNITED STATES 32803-3050 |
| intp | + | Pegasus Manor, LLC, 2525 STOCKBRIDGE SQ SW, Vero Beach, FL 32962-4215 |
| cr | + | Susan Hart, c/o Wit Law, PLLC, 2102 W. Cass St., Tampa, FL 33606-1247 |
| cr | + | Susan P. Dinardi, c/o Michael S. Provenzale, Esq., P.O. Box 2809, Orlando, FL 32802-2809 |
| cr | + | Troy Kimball, 3670 Maguire Boulevard, Ste 310, Suite 220, Orlando, FL, FL 32803, UNITED STATES 32803-3050 |
| cr | + | Vince Miller, 3670 Maguire Boulevard, Ste 310, Suite 220, Orlando, FL, FL 32803, UNITED STATES 32803-3050 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 20, 2025 | Form ID: pdfdoc | Total Noticed: 14 |

Andrew J Wit
    on behalf of Trustee Richard B Webber awit@jennislaw.com ecf@jennislaw.com;bhoch@jennislaw.com;karon@jennislaw.com;aschaefer@jennislaw.com

Bryan E Buenaventura
    on behalf of Plaintiff Mary Ida Townson  United States Trustee for Region 21 bryan.buenaventura@usdoj.gov, Brandy.Gasaway@usdoj.gov

Bryan E Buenaventura
    on behalf of U.S. Trustee United States Trustee - ORL7/13 bryan.buenaventura@usdoj.gov  Brandy.Gasaway@usdoj.gov

Daniel Stiffler
    on behalf of Plaintiff Jeff Emming dstiffler@baumannlegal.com

Kenneth D Herron, Jr
    on behalf of Defendant Eunice Loreanna Phelps chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com

Kenneth D Herron, Jr
    on behalf of Debtor Stephen L Phelps chip@herronhilllaw.com  chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com

Kenneth D Herron, Jr
    on behalf of Defendant Betty Corrine Ferrero a/k/a Beth Sobol chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com

Kenneth D Herron, Jr
    on behalf of Defendant Joshua Phelps chip@herronhilllaw.com  chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com

Kenneth D Herron, Jr
    on behalf of Defendant Stephen L Phelps chip@herronhilllaw.com  chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com

Kenneth D Herron, Jr
    on behalf of Defendant Eunice Lorene Phelps chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com

L Todd Budgen
    on behalf of Interested Party Pegasus Manor  LLC tbudgen@mybankruptcyfirm.com, ltbudgen@ecf.courtdrive.com;bnc@mybankruptcyfirm.com

Michael S Provenzale
    on behalf of Plaintiff Susan P. Dinardi michael.provenzale@lowndes-law.com anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

Michael S Provenzale
    on behalf of Creditor Susan P. Dinardi michael.provenzale@lowndes-law.com anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

N James Turner
    on behalf of Plaintiff Craig Humes njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Creditor Craig Humes njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Creditor Vince Miller njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Plaintiff Troy A Kimball njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Creditor Troy Kimball njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Creditor Brett Pace njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Creditor Anthony David Patterson njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Plaintiff Todd Ellis njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Plaintiff Integrity Motors  LLC njtlaw@gmail.com, drabrams620@gmail.com

N James Turner
    on behalf of Plaintiff Anthony David Patterson njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Plaintiff Brett Pace njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
    on behalf of Creditor Integrity Motors  LLC njtlaw@gmail.com, drabrams620@gmail.com

District/off: 113A-6 　　　　　　　　　　　　　User: admin 　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Mar 20, 2025 　　　　　　　　　　Form ID: pdfdoc 　　　　　　　　　　Total Noticed: 14

N James Turner
　　　　　on behalf of Creditor Lonnie Dean Waller njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
　　　　　on behalf of Plaintiff Vincent Leland Miller njtlaw@gmail.com  drabrams620@gmail.com

N James Turner
　　　　　on behalf of Creditor Carlton Allderdice njtlaw@gmail.com  drabrams620@gmail.com

Richard B Webber
　　　　　F001@ecfcbis.com  r.lee2023@aol.com;Trusteewebber@gmail.com

Richard B Webber
　　　　　on behalf of Trustee Richard B Webber F001@ecfcbis.com  r.lee2023@aol.com;Trusteewebber@gmail.com

United States Trustee - ORL7/13
　　　　　USTP.Region21.OR.ECF@usdoj.gov


TOTAL: 31

**ORDERED.**

Dated: March 20, 2025

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Stephen L. Phelps,

    Debtor.

Case No.: 6:23-bk-05281-TPG
Chapter 7

_____/

**ORDER GRANTING TRUSTEE'S AGREED MOTION TO CONTINUE TRIAL**
*(Doc. 110)*

THIS CASE came before for the Court without a hearing on the *Agreed Motion to Continue the Trial on the Trustee's Objection to Property Claimed as Exempt by Debtor* (Doc. 110) (the "**Motion**") filed by Richard B. Webber, II as chapter 7 trustee for the estate of Stephen L. Phelps ("**Trustee**"). The Court, having reviewed the Motion, the record in this case, and otherwise being fully advised in the premises, finds it appropriate to grant the relief requested. Accordingly, it is

**ORDERED:**

1.    The Motion is **GRANTED.**

2.    The trial scheduled for March 27, 2025, at 10:00 a.m. on the Trustee's Objection to Property Claimed as Exempt by Debtor is cancelled and will be continued to a later date.

*Attorney Andrew Wit is directed to serve a copy of this order on all interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.*